AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | | |
|---|---|---|
| State of Washington, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-cv-626 |
| U.S. Dep't of Housing and Urban Development, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New York                                                                    .

Date:    11/25/2025

/s/ Stephen Thompson
*Attorney's signature*

Stephen C. Thompson, #5390067
*Printed name and bar number*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

*Address*

stephen.thompson@ag.ny.gov
*E-mail address*

(212) 416-6183
*Telephone number*

*FAX number*