# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., <br><br> Defendants. | C.A. No. 1:25-CV-00626-MSM-AEM <br><br> DECLARATION OF ANDREW R.W. HUGHES |

## DECLARATION OF ANDREW R.W. HUGHES

I, Andrew R.W. Hughes, declare as follows:

1.    I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the HUD, Fiscal Year 2022–2026 HUD Strategic Plan, available at https://archives.hud.gov/reports/FY2022-2026HUDStrategicPlan.pdf.

3.    Attached hereto as Exhibit 2 is a true and correct copy of the FY 2024 and FY 2025 Continuum of Care Competition and Youth Homeless Demonstration Program Grants NOFO.

4.    Attached hereto as Exhibit 3 is a true and correct copy of the FY 2025 Continuum of Care Competition and Youth Homeless Demonstration Program Grants NOFO.

5.    Attached hereto as Exhibit 4 is a true and correct copy of the General Administrative, National, and Departmental Policy Requirements and Terms for HUD's Financial Assistance Programs.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

Executed this 25th day of November 2025.

                                            */s/ Andrew R.W. Hughes*
                                            ANDREW R.W. HUGHES, WSBA #49515
                                            Assistant Attorney General
                                            Washington State Attorney General's Office