UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STATE OF WASHINGTON, et al.,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOUSING AND DEVELOPMENT, et al.,

    Defendants.

C.A. No. 1:25-cv-00626-MSM-AEM

**INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFF STATES' MOTION FOR A PRELIMINARY INJUNCTION**

| No. | Declarant Name | Declarant Title |
|---|---|---|
| 1 | Nicholas Mondau | Federal Programs Manager, Homelessness Assistance Unit, Washington State Department of Commerce |
| 2 | Richard Umholtz | Commissioner, New York State Office of Temporary and Disability Assistance |
| 3 | Richard Johns | Chief Program Performance and Financial Officer, New York City Department of Social Services |
| 4 | Alexandra Warren | Assistant Commissioner for Housing Stability, New York City Department of Housing Preservation and Development |
| 5 | Pascale Leone | Executive Director, Supportive Housing Network of New York |
| 6 | Carol Ventura | Executive Director, Rhode Island Housing and Mortgage Finance Corporation |
| 7 | Tyler Jaeckel | Director, Division of Housing, Colorado Department of Local Affairs |
| 8 | Nancy Navarretta | Commissioner, Connecticut Department of Mental Health and Addiction Services |
| 9 | Matthew Heckles | Director, Delaware State Housing Authority |
| 10 | Rachel Stucker | Executive Director, Housing Alliance Delaware, Inc. |
| 11 | Jennifer Miné | Program Manager, D.C. Department of Human Services, Family Services Administration, Office of Grant Administration and Management |
| 12 | Christine Haley | Chief Homelessness Officer, Illinois Office to Prevent and End Homelessness |
| 13 | Winifred (Wendy) Kaye Smith | Deputy Executive Director of Housing Programs, Kentucky Housing Corporation |

| 14 | Greg Payne | Senior Advisor on Housing Policy, Maine Governor' Office of Policy Innovation and the Future  Chair, Maine Continuum of Care Board of Directors |
|---|---|---|
| 15 | Sarah Squirrell | Director, Office of Behavioral Health, Maine Department of Health and Human Services |
| 16 | Danielle Meister | Assistant Secretary, Division of Homeless Solutions, Maryland Department of Housing and Community Development |
| 17 | Karen R. Byron | Balance of State Continuum of Care Supervisor, Massachusetts Executive Office of Housing and Livable Communities |
| 18 | Paula Kaiser Van Dam | Director, Bureau of Community Services, Michigan Department of Health and Human Services |
| 19 | Sarah Rennie | Senior Director of Advocacy and Engagement, Michigan Coalition Against Homelessness |
| 20 | Jennifer Leimaile Ho | Commissioner, Minnesota Housing Finance Agency |
| 21 | Janel Winter | Assistant Commissioner and Director, Division of Housing and Community Resources, New Jersey Department of Community Affairs |
| 22 | Catherine Brewster | Division Director, Homeless Management Information System Division, New Jersey Housing and Mortgage Finance Agency |
| 23 | Marc Jolin | Deputy Director, Housing Stabilization Division, Oregon Housing and Community Services |
| 24 | Stephanie Meyer | Special Assistant to the Secretary of the Pennsylvania Department of Human Services |
| 25 | Richard P. Vilello, Jr. | Deputy Secretary, Community Affairs and Development, Commonwealth of Pennsylvania Department of Community and Economic Development |
| 26 | Lily Sojourner | Director, Office of Economic Opportunity for the State of Vermont |
| 27 | Mark Staff | Deputy Administrator, Division of Energy, Housing and Community Resources, Wisconsin Department of Administration |
| 28 | Zachary Olmstead | Chief Deputy Director, Department of Housing and Community Development for the State of California |
| 29 | Meghan Marshall | Executive Officer, California Interagency Council on Homelessness |