# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF WASHINGTON, et al., | |
| Plaintiffs, | |
| v. | C.A. No. |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., | DECLARATION OF CATHERINE BREWSTER |
| Defendants. | |

1

**<u>DECLARATION OF CATHERINE BREWSTER</u>**

I, Catherine Brewster declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.       I am Division Director for the Homeless Management Information System Division of the New Jersey Housing and Mortgage Finance Agency ("NJHMFA"). In this capacity, I am the System Administrator for New Jersey's Homeless Management Information System ("HMIS") and am charged with NJHMFA's implementation of the U.S. Department of Housing and Urban Development ("HUD") Continuum of Care ("CoC") Program. The HMIS System Administrator is responsible for managing and maintaining the data collection system for providers of services for those at risk of or currently experiencing homelessness.  Duties include training, monitoring data quality and security, running reports as required by federal and state partners and collaborating with providers and communities to use the data for system analysis and planning.

2.       I submit this Declaration in support of the States' Motion for Preliminary Injunction to block the Continuum of Care Competition and Youth Homeless Demonstration Program Grants Notice of Funding Opportunity ("NOFO") for FY 2025, issued by HUD on November 13, 2025.

3.       I am familiar with the information in the statements set forth below either through personal knowledge, consultation with NJHMFA staff, or from my review of relevant documents and information.

4.       NJHMFA is a state agency created to advance the quality of life for residents of and communities throughout New Jersey by investing in, financing, and facilitating access to affordable rental housing and homeownership opportunities for low and moderate-income

families, older adults, and individuals with specialized housing needs. NJHMFA responds to the needs of New Jersey residents by implementing innovative programs and establishing alliances that fund affordable home mortgages for first-time home buyers; generating the construction and rehabilitation of rental housing; encouraging diverse development types across markets; contributing to the growth and development of municipalities; and fostering New Jersey's economic development and the personal development of its residents.

5.    NJHMFA is a direct recipient of CoC Program funds. In federal fiscal year ("FY") 2024, NJHMFA received a total of $559,990 in federal CoC grant funding which was used to fund New Jersey's Homeless Management Information System ("HMIS") – a local information technology system used to collect client-level data and data on the provision of housing and services to individuals and families at risk of and experiencing homelessness.

6.    The primary purpose of HMIS is to provide an unduplicated count of individuals at risk of and experiencing homelessness and their use patterns across the system to inform funding decisions at state, federal and local levels. HMIS data collection is a requirement of HUD, the Veterans Administration ("VA") and the U.S. Department of Health and Human Services ("HHS") for recipients of grants related to this population.

7.    New Jersey's HMIS is a critical system for allowing CoC grant recipients to comply with the various reporting and information-tracking requirements that HUD imposes on CoC grant recipients. *See, e.g.,* 24 CFR 578.103; 24 CFR 75.25; Pub. L. 109-282; Pub. L. 110-417.

8.    I understand that the HUD Continuum of Care Notice of Funding Opportunity released on November 13, 2025 represents a significant departure from past practices and, if

implemented, will seriously disrupt NJHMFA's ability to maintain the HMIS system in a consistent and predictable manner.

9.     One provision of this NOFO states that CoC grant applicants, including collaborative applicants like NJDCA, can designate no more than "30 percent of the CoC's Annual Renewal Demand" as "Tier 1" which constitutes the highest priority group of projects that are not subject to competitive scoring requirements.

10.     This represents a major departure from past practice, as in the corresponding 2024 CoC NOFO, 90% of annual funding was designated at Tier 1 priority.

11.     This dramatic reduction in Tier 1 priority for existing CoC projects introduces substantial additional uncertainty for CoC grant recipients, who will now be subject, at far higher rates, to an unpredictable competitive process where even small differences in HUD's scoring metrics could lead to major losses in funding.

12.     As a result of that severe reduction in programs given Tier 1 priority, NJHMFA's grant funding New Jersey's HMIS information database will likely no longer be given Tier 1 priority and will instead be subject to an unpredictable competitive process. That change threatens the ability of NJHMFA to maintain New Jersey's HMIS information system in a consistent and predictable fashion to provide long-term access to this information, thereby imperiling the database's existence and those that rely on it to comply with HUD's reporting requirements.

13.     Another provision of the FY 2025 NOFO contains various provisions referring to "activities that rely on or otherwise use a definition of sex other than as binary in humans" including the following provisions:

a. "HUD reserves the right to verify past performance and evaluate the eligibility of a project application submitted during the CoC Program Competition for the following reasons: (a) evidence that the project has previously or currently … conduct[s] activities that rely on or otherwise use a definition of sex other than as binary in humans."

b. "HUD reserves the right to reduce or reject a project application submitted during the CoC Program Competition for the following reasons … (h) evidence that the project has previously or currently conducts activities that subsidize or facilitate racial preferences or other forms of illegal discrimination or conduct activities that rely on or otherwise use a definition of sex other than as binary in humans."

c. "Awards made under this NOFO will not be used to … conduct activities that rely on or otherwise use a definition of sex as other than binary in humans."

14. This too represents a major departure from past practice. The prior FY2024 Continuum of Care NOFO from HUD expressly directed CoCs to "address the needs of LGBTQ+, transgender, gender non-conforming, and non-binary individuals and families in their planning processes" and to "ensure that all projects provide privacy, respect, safety, and access regardless of gender identity."[1]

15. In accordance with that prior directive, HUD previously required the collection of gender information with the options for consumers to identify as "Woman (Girl if child), Man (Boy if child), Culturally Specific Identity (e.g., Two-Spirit), Non-Binary, Questioning,

_____

[1] HUD, FY2024 and FY 2025 Continuum of Care (CoC) Program Notice of Funding Opportunity (NOFO) Overview, available at: https://ceo.oc.gov/sites/ceo/files/2024-08/FY2024-25%20CoC%20NOFO%20Overview%20-%20Final.pdf

Transgender, Different Identity, Client doesn't know, Client prefers not to answer, Data not collected". The FY 2026 data standards changes eliminated gender options and added a required field of 'Sex: male or female', with the option of 'prefers not to answer'. The current NOFO may reject or defund a project that recognizes or prioritizes other than the "sex binary in humans."

16.    Regardless of the content of this NOFO, compliance with dramatically different grant conditions will require a substantial overhaul of NJHMFA's data management processes and funding. Such an overhaul would require substantial time, money, and effort to comply, and is not practicable to accomplish by January 14, 2026, the current NOFO deadline.

17.    As such, this NOFO threatens to substantially disrupt the provision of Continuum of Care services to homeless individuals in New Jersey and may substantially harm the ability of NJHMFA to maintain New Jersey's HMIS system and thus imperils the critical data management and reporting functions that system enables.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of November 2025.

*Catherine N. Brewster*

Catherine Brewster
Division Director
New Jersey Housing and Mortgage Finance Agency