# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., <br><br> Defendants. | C.A. No. 1:25-cv-00626-MSM-AEM <br><br> DECLARATION OF STEPHANIE MEYER |

## DECLARATION OF STEPHANIE MEYER

I, Stephanie Meyer, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Special Assistant to the Secretary of the Pennsylvania Department of Human Services ("PA DHS").

2. I am responsible for advising on and assisting the Secretary with establishing departmental goals focused on housing and homelessness, and monitoring and coordinating PA DHS programs and initiatives. I have a Bachelor of Science degree in psychology and a Master of Social Work degree from the University of Pittsburgh. I am a Licensed Social Worker, and I have professional experience with development and oversight of homeless assistance and housing programs, preparing materials for and in support of Continuum of Care Notice of Funding Opportunity ("NOFO") applications, and providing technical assistance to grantees and Continuum of Care (CoC) members for quality improvement.

3. I am familiar with the information and the statements set forth below either through personal knowledge, consultation with PA DHS and Commonwealth staff, and from my review of relevant documents and information.

4. I serve as the designated representative for PA DHS on the board of the Eastern Pennsylvania CoC. That is one of 16 CoCs in Pennsylvania, and it represents 33 primarily rural counties' joint homeless response system. PA DHS pledges a service match to assist in the planning and operation of the Eastern PA CoC. PA DHS's work with the Eastern Pennsylvania CoC supports the following activities: CoC Coordination Activities; Project Evaluation; Project Monitoring Activities and System Performance Evaluation; Participation in the Consolidated Plan; CoC

2

Application Activities; Developing a CoC System; HUD Compliance Activities; and Strategic Planning and Technical Assistance.

5. I review annual NOFO competition materials from HUD, policy guidance and clarifications, as well as education materials from organizations like the National Alliance to End Homelessness. I advise Pennsylvania CoCs, counties and providers on the availability of the NOFO applications and overviews changes from prior years with regards to policy, scoring, and funding. I have served on the Eastern PA CoC board since April 2022.

### PA DHS's Homeless Assistance for Pennsylvanians

6. Pennsylvania has invested significant time and funding into assisting the Commonwealth's homeless population.

7. Pennsylvania, through PA DHS, provides state funding to all 67 counties in Pennsylvania annually for the Homeless Assistance Program (HAP). County governmental entities have the authority to allocate funds for services based upon their assessment of local need. There are five eligible uses: bridge housing, emergency shelter, case management, rental assistance, and innovative programs. Counties may deliver service directly or through a contract with a provider. PA DHS encourages HAP counties and local service providers to participate in their regional CoC and for certain providers to collect and track client-level data and services in their respective CoC's Homeless Management Information System ("HMIS"). Coordinating certain state-funded services with the work of CoCs maximizes and secures the value of Pennsylvania's investments in homelessness assistance.

8. Additionally, the Secretary of PA DHS co-chairs the Pennsylvania Interagency Council on Addressing Homelessness (ICH), which Governor Josh Shapiro established in July 2025. *See* Executive Order 2024-03 – *Housing Action Plan and Addressing Homelessness*

3

(September 12, 2024). In the executive order creating that Council, the Governor directed the following: "In collaboration with the Governor's Policy and Planning Office, [PA DHS] is directed to bring together stakeholders from across state agencies, local and federal governments, and community organizations to provide DHS with recommendations on policies and best practices to address homelessness and strengthen the coordination of services for the unhoused across the Commonwealth." The work being done under this Executive Order is being accomplished by people including representatives from Pennsylvania's CoCs and community-based organizations throughout the Commonwealth.

### The Consequences of HUD's Changes to the CoC Program

9. The HUD CoC NOFO released on November 13, 2025, represents a significant departure from past practices and will cause serious harm to Pennsylvania and to PA DHS. HUD is reducing the amount of funding that CoCs can use for permanent housing programs to only 30% of the allocated funds. Consequences for program participants and communities will be severe. The Commonwealth cannot backfill funds from delays in grant executions and loss of funding. Therefore, the veterans, older adults, people with disabilities, survivors of domestic violence, and children and families that rely on CoC for housing will lose their housing. Program participants are among the most vulnerable people in our State and often face other challenges in addition to being without a home.

10. Funding for permanent supportive housing (PSH) is critical to Pennsylvania and the work of PA DHS. The loss of PSH funding will have many downstream consequences. Indeed, representatives from CoCs who have reviewed the recent NOFO are reporting that they anticipate the changes will lead to increased use of hospital emergency rooms and departments, a greater reliance upon and burden to law enforcement, first responders, and behavioral health

services funded by the State, county, and municipalities, reduced rental income for local landlords and property managers, and increased evictions. These concerns are consistent with PA DHS experience, expectations, and research.

11. PA DHS's Office of Mental Health and Substance Abuse Services (OMHSAS) regards developing PSH as a high priority because PSH is an evidence-based housing model that is clinically successful, cost effective, and preferred by consumers. That is true because PSH reduces costly use of emergency rooms, inpatient services, jail, and shelters, all of which are state-supported resources.

12. More specifically, of the approximately 3,000 families with children enrolled with a child care provider in October 2025 and receiving Child Care Works Low Income Prioritized Funding through Pennsylvania to assist with child care costs, 12% (approximately 360 families and 530 children) received this funding due to homelessness. I anticipate increased demand for this state-supported child care funding assistance when homelessness increases.

13. The loss of PSH support will also increase Pennsylvania's medical costs.

14. PA DHS is the agency designated to administer Pennsylvania's Medicaid program (known in Pennsylvania as the "Medical Assistance" program). Medical Assistance provides comprehensive health coverage to eligible individuals and is funded with state and federal dollars. PA DHS has been engaged with the University of Pittsburgh Medicaid Research Center (MRC) to research and evaluate how certain types of housing services may improve health outcomes of Medicaid beneficiaries, decrease unnecessary utilization of health care services, and identify areas for improved coordination between housing agencies and health care providers. That analysis has focused on 19,409 adults who were enrolled in emergency shelter, housing and homeless assistance programs, and street outreach services between 2016 and 2022.

15. These analyses found that 44% of Medicaid-enrolled adults in Pennsylvania experiencing homelessness have a diagnosed substance use disorder (SUD). Nearly 48% of Medicaid-enrolled adults experiencing homelessness have a diagnosed serious mental illness (SMI).

16. PA DHS's research with MRC revealed that for the 12-month period following first enrollment into an emergency shelter, street outreach program, or transitional housing, treatment costs were $3,000 more than for clients served in permanent housing programs in the same time period. The analyses found that Medicaid spending on acute and inpatient services for enrollees experiencing homelessness greatly exceeds that for housed enrollees. Over one year, spending for inpatient, emergency department and residential treatment was about $3,000 more on average for enrollees experiencing homelessness compared to their housed counterparts after adjusting for chronic health conditions.

17. Obtaining housing within 12 months of using homelessness supportive services (e.g., emergency shelter) is associated with lower Medicaid spending. Preliminary findings show that Medicaid enrollees experiencing homelessness who enter permanent supportive housing, HUD-supported housing, or report becoming housed on their own within 12 months incur about $1,500 less in inpatient and emergency expenditures relative to enrollees who do not enter supportive housing or report becoming housed on their own after adjusting for chronic conditions and demographic factors.

18. Further, PSH has been shown to save money for the Medicaid program in Pennsylvania over an extended period of time. Conservative estimates indicate that Medicaid spending among PSH recipients three years after entering PSH was $145 less per month

6

compared to Medicaid enrollees who experienced homelessness and never received PSH; a 12% reduction.

20. Moreover, because of the changes to the CoC program, Pennsylvania is likely to face increased prevalence of protective services reports and demands for child welfare services provided through PA DHS. The child welfare system in Pennsylvania is administered through 67 county children and youth agencies under the supervision of the state through the Office of Children, Youth, and Families (OCYF), a component of PA DHS. OCYF provides regulatory guidance, oversight and support for the operation of Pennsylvania's county children and youth agencies. These services include child abuse prevention and treatment, in-home family support and preservation services, foster care, services to support older youth transitioning to adulthood and adoption.

21. Many families come to the attention of the child welfare system as a result of inadequate housing. Unstable housing also contributes to the placement of children in out-of-home care through the child welfare system. Data regarding children in placement during FFY 2021 reveals that out of 7,272 total removals, 1,101 (15.14%) children had inadequate housing as at least one of the reasons for removal. In calendar year 2024, there were a total of 9,541 valid general protective services (GPS) reports made to Pennsylvania's ChildLine involving families experiencing homelessness/inadequate housing. Inadequate housing is consistently in the top five types of valid general protective services concerns in Pennsylvania. An important strategy in working to safely keep families together and preventing the out-of-home placement of children is making sure the services and supports to address and prevent returns to homelessness are available in communities.

22. According to data available on the federal Adoption and Foster Care and Analysis Reporting System (AFCARS) dashboard, 6,459 children entered foster care in PA during FFY 2024. A total of 1,361 had a housing related circumstance noted at the time of entry into foster care – specifically 521 children were identified as experiencing homelessness, and 840 children had inadequate housing as at least one of the circumstances at the time of entry into foster care.

23. Data from the National Youth and Transition Database from FFY 2020-2024 shows that of the eligible youth in Pennsylvania who participated in the cohort survey, 22% of the 17-year-olds surveyed reported homelessness, 21% of 19-year-olds reported homelessness, and 18% of 21-year-olds reported hoelessness.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of November 2025.

*Stephanie A Meyer*

Stephanie Meyer

Special Assistant to the Secretary

Pennsylvania Department of Human Services