## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., <br><br> Defendants. | C.A. No. 1:25-cv-00626-MSM-AEM <br><br><br> DECLARATION OF RICHARD P. VILELLO, JR. |

## DECLARATION OF RICHARD P. VILELLO, JR.

I, Richard P. Vilello, Jr., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.    I am the Deputy Secretary of Community Affairs and Development at the Commonwealth of Pennsylvania Department of Community and Economic Development ("DCED").

2.    As Deputy Secretary, I oversee the Community division at DCED. This includes several key centers: the Governor's Center for Local Government Services, the Center for Residential Reinvestment, the Center for Community and Housing Development, the Center for Community Services, and the Center for Community Enhancement. Through these centers, DCED administers both state and local government programs across all 67 counties and 2,557 municipalities in Pennsylvania. A broad range of state and federal programs, many of which directly impact housing, fall under our purview. These include initiatives such as Whole Home Repair, LIHEAP, Weatherization, Neighborhood Assistance, Emergency Solutions, HOME, Strategic Management Planning, Municipal Assistance, Disaster Recovery, as well as various Community Development Block Grant ("CDBG") and Community Services Block Grant ("CSBG") programs. I am deeply familiar with the potential impacts of this Notice of Funding Opportunity ("NOFO"), both through my role at DCED and my previous experience as Mayor of Lock Haven, Pennsylvania, where I served for 16 years. If the current NOFO is enacted as proposed, it would have significantly negative consequences for these programs. This policy would harm municipalities of all sizes, both urban and rural, across every county in Pennsylvania.

2

3.      I am familiar with the information in the statements set forth below either through personal knowledge, consultation with the DCED staff, or from my review of relevant documents and information.

4.      Continuums of Care ("CoC") is the primary source of federal funding for homeless assistance.

5.      CoCs are regional or local planning bodies that coordinate housing and services funding for families and individuals experiencing homelessness. CoCs bring together cross-sector partners of government, health care, community-based organizations, and other stakeholders to coordinate high quality, evidence-based integrated services, and strategies to prevent and end homelessness.

6.      In the Commonwealth of Pennsylvania there are 16 CoCs operating which ensures a homeless planning response in each county. Of these CoCs, 14 are single county, urban communities. The remaining two are known as the Balance of State CoCs which make up 53 of the most rural counties within the Commonwealth.

7.      DCED is the Collaborative Applicant for both the Eastern and Western PA Balance of State CoCs and has maintained this position for over 10 years. In this role, DCED is the designated entity which submits the annual CoC program competition application and apply for planning funds on behalf of the CoCs. DCED administers the CoC's planning funds which are designed to support the development of a community-wide process including coordination of local stakeholders to develop strategies for ending homelessness, evaluating the outcomes of CoC and Emergency Solutions Grant (ESG) projects within the CoC's jurisdiction, monitoring and improving the quality and performance of recipients and subrecipient projects and enforcing compliance with program requirements, participating in the consolidated plan(s) within the CoC's

jurisdiction, and developing CoC systems with the goal of ending homelessness and housing insecurity. DCED is a member of each CoC's governing board and provides technical assistance, collaborative engagement with stakeholders and systems, and policy and procedure development to meet the needs of the CoC's member agencies and constituents that are served through the CoC system. This work is on-going year-round and has dedicated staff to support the the financial and programmatic administration of the CoC program.

8.    DCED works every day to ensure Pennsylvania has resilient communities by fostering solidarity, collaboration, and resource sharing to address the needs of all citizens within the Commonwealth and especially vulnerable populations experiencing housing insecurities. As the Collaborative Applicant, we support both Eastern and Western CoC boards with their goals of ending homelessness through strategic planning, data-informed policy and decision making, and with the focus that everyone has a right to safe housing.

9.    DCED receives four grants through HUD under the CoC program. In the FY24 program period, DCED received two planning grant awards totaling $2,140,216 as the Collaborative Applicant and two Homeless Management Information Systems (HMIS) grants totaling $640,224 as the dedicated HMIS Lead Agency for the Balance of State CoCs.

10.    In preparation for the FY2024 NOFO, DCED, through its sub-contractor, facilitated the CoC-level application, provided technical assistance to the CoC membership with their project-level applications, and completed the priority listing for all projects. A webinar was held in August 2024 for each CoC's membership to provide a high-level overview of the FY2024 NOFO, discuss key changes and HUD priorities, provide insight on funding and tiering mechanisms, review the scoring of the Coc-level application, present what new activities which would be eligible to apply as new projects under this NOFO, and the shared timelines needed for application submission from

4

each project and CoC application. Technical assistance was provided to grantees as needed to support the preparation of their application. Renewal and new project applications were submitted to the CoC for review and scoring where each CoC's funding committees would rank projects based on score and need for funding. Final rankings were made available in October 2024 with an opportunity to appeal decisions made. DCED then collated all CoC and project-level applications and submitted to HUD on October 20, 2024, with the expectation of having a two-year NOFO period and no application needed to submit to HUD in 2025.

11.    In the FY24 program award period, the Commonwealth of Pennsylvania received a total of $176,559,962 for project implementation and planning costs. $143,373,832 was awarded for permanent housing projects, $10,078,429 was awarded for Joint Transitional – Rapid Rehousing projects, $1,310,678 was awarded for Transitional Housing projects, $9,401,471 was awarded for Supportive Services Only projects, $3,033,213 was awarded for HMIS projects, $476,689 was awarded for Save Haven projects, $7,892,138 was awarded for Planning Grant activities, and $993,512 was awarded for Unified Funding Agency costs.

12.    It was the CoC's expectation that there would be no FY25 NOFO application as congress authorized HUD to release a two-year NOFO explicitly stated in the FY24 NOFO application. It was reported earlier this year that HUD would not honor this authorization and that a new NOFO would be released in 2025. To prepare, the CoC's funding committees met to establish funding policies and procedures and scoring without full clarity on how this administration would change the CoC response system. Upon learning some of the anticipated changes to be revealed in the NOFO the CoC encouraged all stakeholders to advocate to congress to require HUD to honor the original two-year NOFO process. However, on November 13th, the NOFO was released the CoC's immediately began preparing how to respond to the major changes

in priorities and requirements outlined in the application which have major ramifications on providers who currently receive CoC funding and the constituents that they serve. Within 60 days of the NOFO being released, CoCs will need to make difficult decisions on how to prioritize existing permanent housing projects within the 30% cap on funding that is placed on CoCs to be eligible to apply for. Some projects will need to decide whether to transition their project to a new type of housing that is allowable under the NOFO or risk losing their funding altogether. The timelines set forth under the NOFO does not allow for adequate planning or transition period for the CoC's to support their membership with meeting these new requirements putting immense strain on agencies and the CoC's infrastructure which will ultimately impact vulnerable households enrolled in CoC housing projects.

13.    The HUD Continuum of Care NOFO released on November 13, 2025 represents a significant departure from past practices and will cause serious harm. The imposition of a cap on how much funding may be used on permanent housing projects will be among the most harmful. Many providers operate permeant supportive housing program and long-term commitments that depend on stable funding from HUD. If the Continuum of Care grant is administered consistent with the conditions reflected in the NOFO, applicants will not receive funding they were counting on and long-term projects will be derailed.

14.    For the PA-500 Philadelphia CoC, the total Annual Renewal Demand ("ARD") for 2025 is $45,804,806. The total amount awarded to Permanent Housing ("PH") projects in 2024 was $42,233,450 comprising 92% of its total funding. PA-500 Philadelphia CoC has a total of 6,428 PH beds funded through the CoC. As a result of the 30 percent cap on PH funding, which is calculated as 30 percent of the total ARD, the maximum allowable allocation to PH projects is

6

$13,741,441. As a result, PH funding to help end homelessness in this geographic area would be reduced by $28,492,008.

15.    For the PA-501 Harrisburg/Dauphin County CoC, the total ARD for 2025 is $1,949,686.00. The total amount awarded to PH projects in 2024 was $1,573,515.00, comprising 81% of its total funding. PA-501 Harrisburg/Dauphin County CoC has a total of 430 PH beds funded through the CoC. As a result of the 30 percent cap on PH funding, which is calculated as 30 percent of the total ARD, the maximum allowable allocation to PH projects is $584,905.80. As a result, PH funding to help end homelessness in this geographic area would be reduced by $988,609.20.

16.    For the PA-502 Upper Darby, Chester, Haverford/Delaware County CoC, the total ARD for 2025 is $5,959,209.00. The total amount awarded to PH projects in 2024 was $5,073,270.00, comprising 85% of its total funding. PA-502 Upper Darby, Chester, Haverford/Delaware County CoC has a total of 615 PH beds funded through the CoC. As a result of the 30 percent cap on PH funding, which is calculated as 30 percent of the total ARD, the maximum allowable allocation to PH projects is $1,787,762.70. As a result, PH funding to help end homelessness in this geographic area would be reduced by $3,285,507.30.

17.    For the PA-503 Wilkes-Barre, Hazleton/Luzerne County CoC, the total ARD for 2025 is $4,653,731.00. The total amount awarded to PH projects in 2024 was $4,314,705.00, comprising 93% of its total funding. PA-503 Wilkes-Barre, Hazleton/Luzerne County CoC has a total of 500 PH beds funded through the CoC. As a result of the 30 percent cap on PH funding, which is calculated as 30 percent of the total ARD, the maximum allowable allocation to PH projects is $1,396,119.30. As a result, PH funding to help end homelessness in this geographic area would be reduced by $2,918,585.70.

18.    For the PA-504 Lower Merion, Norristown, Abington/Montgomery County CoC, the total ARD for 2025 is $4,752,019.00. The total amount awarded to PH projects in 2024 was $4,568,169.00, comprising 96% of its total funding. PA-504 Lower Merion, Norristown, Abington/Montgomery County CoC has a total of 539 PH beds funded through the CoC. As a result of the 30 percent cap on PH funding, which is calculated as 30 percent of the total ARD, the maximum allowable allocation to PH projects is $1,425,605.70. As a result, PH funding to help end homelessness in this geographic area would be reduced by $3,142,563.30.

19.    For the PA-505 Chester County CoC, the total ARD for 2025 is $2,240,663.00. The total amount awarded to PH projects in 2024 was $2,063,542.00, comprising 92% of its total funding. PA-505 Chester County CoC has a total of 309 PH beds funded through the CoC. As a result of the 30 percent cap on PH funding, which is calculated as 30 percent of the total ARD, the maximum allowable allocation to PH projects is $672,198.90. As a result, PH funding to help end homelessness in this geographic area would be reduced by $1,391,343.10.

20.    For the PA-506 Reading/Berks County CoC, the total ARD for 2025 is $5,300,376.00. The total amount awarded to PH projects in 2024 was $5,020,836.00, comprising 95% of its total funding. PA-506 Reading/Berks County CoC has a total of 588 PH beds funded through the CoC. As a result of the 30 percent cap on PH funding, which is calculated as 30 percent of the total ARD, the maximum allowable allocation to PH projects is $1,590,112.80. As a result, PH funding to help end homelessness in this geographic area would be reduced by $3,430,723.20.

21.    For the PA-508 Scranton/Lackawanna County CoC, the total ARD for 2025 is $4,752,019.00. The total amount awarded to PH projects in 2024 was $3,815,985.00, comprising 80% of its total funding. PA-508 Scranton/Lackawanna County CoC has a total of 505 PH beds funded through the CoC. As a result of the 30 percent cap on PH funding, which is calculated as

8

30 percent of the total ARD, the maximum allowable allocation to PH projects is $1,425,605.70. As a result, PH funding to help end homelessness in this geographic area would be reduced by $2,390,379.30.

22.     For the PA-509 Eastern Pennsylvania CoC, the total ARD for 2025 is $28,113,707.00. The total amount awarded to PH projects in 2024 was $26,028,994.00, comprising 93% of its total funding. PA-509 Eastern Pennsylvania CoC has a total of 2,504 PH beds funded through the CoC. As a result of the 30 percent cap on PH funding, which is calculated as 30 percent of the total ARD, the maximum allowable allocation to PH projects is $8,434,112.10. As a result, PH funding to help end homelessness in this geographic area would be reduced by $17,594,881.90.

23.     For the PA-510 Lancaster City & County CoC, the total ARD for 2025 is $2,342,919.00. The total amount awarded to PH projects in 2024 was $2,342,919.00, comprising 100% of its total funding. PA-510 Lancaster City & County CoC has a total of 359 PH beds funded through the CoC. As a result of the 30 percent cap on PH funding, which is calculated as 30 percent of the total ARD, the maximum allowable allocation to PH projects is $702,875.70. As a result, PH funding to help end homelessness in this geographic area would be reduced by $1,640,043.30.

24.     For the PA-511 Bristol, Bensalem/Bucks County CoC, the total ARD for 2025 is $2,143,371.00. The total amount awarded to PH projects in 2024 was $1,623,320.00, comprising 76% of its total funding. PA-511 Bristol, Bensalem/Bucks County CoC has a total of 479 PH beds funded through the CoC. As a result of the 30 percent cap on PH funding, which is calculated as 30 percent of the total ARD, the maximum allowable allocation to PH projects is $643,011.30. As a result, PH funding to help end homelessness in this geographic area would be reduced by $980,308.70.

25.     For the PA-512 York City & County CoC, the total ARD for 2025 is $2,987,915.00. The total amount awarded to PH projects in 2024 was $2,620,915.00, comprising **88%** of its total funding. PA-512 York City & County CoC has a total of 533 PH beds funded through the CoC. As a result of the 30 percent cap on PH funding, which is calculated as 30 percent of the total ARD, the maximum allowable allocation to PH projects is $896,374.50. As a result, PH funding to help end homelessness in this geographic area would be reduced by $1,724,540.50.

26.     For the PA-600 Pittsburgh, McKeesport, Penn Hills/Allegheny County CoC, the total ARD for 2025 is $27,324,447.00. The total amount awarded to PH projects in 2024 was $25,629,219.00, comprising **94%** of its total funding. PA-600 Pittsburgh, McKeesport, Penn Hills/Allegheny County CoC has a total of 2,749 PH beds funded through the CoC. As a result of the 30 percent cap on PH funding, which is calculated as 30 percent of the total ARD, the maximum allowable allocation to PH projects is $8,197,334.10. As a result, PH funding to help end homelessness in this geographic area would be reduced by $17,431,884.90.

27.     For the PA-601 Western Pennsylvania CoC, the total ARD for 2025 is $27,681,762.00. The total amount awarded to PH projects in 2024 was $22,391,763.00, comprising **81%** of its total funding. PA-601 Western Pennsylvania CoC has a total of 2,018 PH beds funded through the CoC. As a result of the 30 percent cap on PH funding, which is calculated as 30 percent of the total ARD, the maximum allowable allocation to PH projects is $8,304,528.60. As a result, PH funding to help end homelessness in this geographic area would be reduced by $14,087,234.40.

28.     For the PA-603 Beaver County CoC, the total ARD for 2025 is $2,660,471.00. The total amount awarded to PH projects in 2024 was $2,101,548.00, comprising **79%** of its total funding. PA-603 Beaver County CoC has a total of 296 PH beds funded through the CoC. As a

result of the 30 percent cap on PH funding, which is calculated as 30 percent of the total ARD, the maximum allowable allocation to PH projects is $798,141.30. As a result, PH funding to help end homelessness in this geographic area would be reduced by $1,303,406.70.

29.    For the PA-605 Erie City & County CoC, the total ARD for 2025 is $3,192,028.00. The total amount awarded to PH projects in 2024 was $2,833,411.00, comprising 89% of its total funding. PA-605 Erie City & County CoC has a total of 579 PH beds funded through the CoC. As a result of the 30 percent cap on PH funding, which is calculated as 30 percent of the total ARD, the maximum allowable allocation to PH projects is $957,608.40. As a result, PH funding to help end homelessness in this geographic area would be reduced by $1,875,802.60.

30.    The total ARD for 2025 for the Commonwealth of Pennsylvania is $171,859,129.00. The total amount awarded to PH projects in 2024 was $153,452,261.00, comprising 89% of the Commonwealth's total CoC funding. The Commonwealth of Pennsylvania has a total of 19,370 PH beds funded through the CoC. As a result of the 30 percent cap on PH funding, which is calculated as 30 percent of the total ARD, the maximum allowable allocation to PH projects is $51,557,738.70. As a result, PH funding to help end homelessness in the Commonwealth of Pennsylvania would be reduced by $101,894,522.30.

31.    There are 385 projects in Pennsylvania which receive funding through the CoCs.

32.    Pennsylvania has 2557 municipalities. Each of those municipalities has, to some extent, the ability to craft local ordinances related to vagrancy, illicit drug use, public loitering, or similar concerns.

33.    Many Pennsylvania CoCs cover geographic areas with multiple municipalities, each of which may have different ordinances related to the Geographic Discrimination Conditions discussed in the Complaint.

34.    In its role within the CoC funding framework, DCED does not consider or track the ordinances particular to each municipality within the geographic borders of the CoC. DCED has no ability, particularly within the short response time required, to properly respond to the NOFO's requests regarding these conditions.

35.    Consequently, the Geographic Discrimination Conditions imposed by the NOFO place an impossible barrier on DCED's ability to access CoC funds.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of November 2025.

Richard P. Vilello, Jr.,
Deputy Secretary of Community Affairs and Development
Commonwealth of Pennsylvania
Department of Community and Economic Development