# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.,<br><br>                  Defendants. | C.A. No.1:25-cv-000626-MSM-AEM<br><br>DECLARATION OF ZACHARY OLMSTEAD |

## **DECLARATION OF ZACHARY OLMSTEAD**

I, Zachary Olmstead, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Chief Deputy Director at the Department of Housing and Community Development ("HCD" or "Department") for the State of California, where I have served since April 2020. Prior to assuming my present position, I served as HCD's Deputy Director of Housing Policy Development from 2017-2020 and as its Assistant Deputy Director of Homelessness and Housing Policy from 2016-2017. Prior to these roles, I held other positions in public service and public policy, including serving as Homeless Policy Director at Housing California, one of the most prominent non-profit organizations advocating to address housing affordability and homelessness statewide, from 2006 to 2013. I hold a Master of Public Policy and Administration from California State University, Sacramento, and completed my undergraduate studies at the University of San Diego.

2. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with HCD staff, or from my review of relevant documents and information.

3. I make this declaration based upon my training, education, personal knowledge, a review of records and information kept in the regular course of the Department's business and made available to me in the course of my duties, and information provided to me by the Department's employees working under my direction and supervision. If called as a witness, I could and would testify competently to the matters set forth below.

4. HCD's core mission is to promote safe, affordable housing and strong vibrant communities throughout California. To advance this mission, HCD facilitates the creation and

2

support of permanent supportive housing (PSH), through partnerships with Continuums of Care (CoCs), local governments, affordable housing developers and nonprofit organizations. CoCs are integral partners in advancing HCD's mission: they ensure the level of service necessary for people in their region to transition from homelessness to permanent housing and provide supporting data on outcomes. CoCs are of particular importance as grantees of several state programs and partners in many of HCD's Homekey Projects.

5.  HCD collaborates with numerous stakeholders directly or indirectly, including: CoCs, federal, state, tribal, and local governments; other public agencies; advocacy groups; academic institutions; and contractors, developers, investors, and others involved in the housing industry to fulfill California's mission of housing and dignity for all.

6.  HCD makes investments in housing to develop new affordable housing projects and preserve existing affordable housing projects. As part of this investment strategy, HCD provides grants and loans to local governments, public housing authorities and non-profits to ensure the continued provision of safe, stable, affordable homes. HCD also monitors these developments to ensure they reach this goal. HCD creates rental and homeownership opportunities for low-income Californians including: veterans, seniors, families, people with disabilities, farm workers, individuals and families who are experiencing homelessness, and individuals and families who are at risk of experiencing homelessness. HCD grants and loans have leveraged support for affordable housing and PSH throughout California, bringing in hundreds of millions in additional federal, local, and private funds.

7.  HCD conducts research and prepares analyses of California's housing markets and needs to support housing and community development policy. For example, HCD includes such research and analysis in California's Statewide Housing Assessment, which is required by state

law and makes recommendations to address California's housing needs. Similarly, HCD's also utilizes this research and analysis when preparing California's Consolidated Plan, required by federal law for California to receive millions of federal dollars for housing and community development.

8. As part of HCD's robust permanent housing work, HCD analyzes the impact and intersection of housing affordability and stability with directly impacted outcomes such as health, education, transportation, economic well-being, and climate change.

9. CoCs play a vital role in addressing homelessness in California. 44-CoCs operate in California. In 2024, HUD collectively awarded California CoCs $683,837,939 in HUD CoC funding. About 90% of awarded funds were for Permanent Supportive Housing, Rapid Rehousing, or Joint Transitional – Rapid Rehousing.

10. California makes its homelessness grants, such as Housing Assistance and Prevention Program (HHAP) and Encampment Resolution Funding Program (ERF) grants, available to CoCs for the purpose of reducing homelessness and providing the most vulnerable populations in California with PSH. Importantly, California's grants to CoCs help all regions in the state leverage additional federal, state and local funds, bridge funding gaps, and create programs that depend on multi-layered funding and regional collaboration.

11. Collectively, HCD has awarded the 44 CoCs in California a total of $982,849,999 in state HHAP grant funding over five awarded rounds. HHAP funding is allocated to all California CoCs, large cities with a population of over 300,000, and all counties to provide flexible funding to prevent and end homelessness. Regional partnership between local governments and CoCs is imperative for the success of HHAP, which is a critical source of funding to improve permanent housing outcomes for Californians experiencing or at risk of homelessness. Accordingly, of the

amount allocated to the 44 CoCs, $198,431,534, or 22% of allocated funds, have been obligated to PSH. Additionally, upon HCD's approval of Round 6 applications, HCD will award another $228,000,000 in HHAP to CoCs. Of the amount allocated, $101,943,950 is budgeted for permanent housing.

12. California's Homekey Program has invested $3,555,211,382 to help individuals and families transition from homelessness, emergency shelter and/or transitional housing to PSH through CoCs or in partnership with local governments and nonprofit organizations. Homekey, and its successor Homekey+, primarily funds construction, acquisition and rehabilitation of housing for permanent supportive housing projects. The Homekey Program has funded 259 projects providing 15,850 units, which HCD anticipates will allow more than 172,000 households over the lifetime of those projects to transition from unsheltered homelessness, emergency shelter and/or transitional housing to stable permanent housing in partnership with local governments and nonprofit organizations. Homekey grantees coordinate with CoCs in tenant selection, reporting and data collection, supportive services design and ongoing long term operating funding. This partnership is a key component in the success and sustainability of these Homekey investments.

13. California's Encampment Resolution Funding (ERF) Program funds actionable, person-centered proposals from CoCs, cities, and counties that provide stable housing and address the immediate health and safety needs of the individuals residing in specific encampments. ERF resolves critical encampment concerns and transitions individuals into either interim shelter with a clear pathway to permanent housing or directly into permanent housing. ERF awards bolster existing, successful models and/or support new approaches that provide safe, stable, and ultimately permanent housing for people experiencing unsheltered homelessness in encampments.

14. Since 2019, the State has made 110 ERF awards totaling $855.9 million over four rounds, including 10 awards totaling $75.3 million directly to CoCs. HCD will also shortly release

another ERF Notice of Funding Application (NOFA) for $100 million for a fifth round, for which CoCs are eligible applicants.

15. The data shows that, collectively, HCD homelessness and housing programs and policies are working: while homelessness increased nationally by over 18% last year, California bent the curve and limited its overall increase to just 3%, according to the most recent Point-in Time count. Any sudden disruption or imbalance created by the proposed NOFO undermines California's permanent housing solutions ecosystem and risks a severe regression to the progress that has been made. More specifically, California's outlook for permanent, stable housing placements would be greatly impacted and disrupted by a reallocation of or reduction in HUD CoC funding.

16. HCD directly provides support and technical assistance to CoCs after the award of grant funds. While HCD's support, technical assistance, and monitoring of state and federal grant and loan funds generally reside with the party to the Grant or Loan Agreement, HCD provides these grants and loans with a conscious focus on supporting CoCs in their efforts to provide permanent supportive housing. Depending on the program, HCD requires funding grantees, including CoCs, to file monthly or quarterly reports, and annual reports with HCD to ensure fiscal and programmatic outcomes and commitments pursuant to the grant agreement are realized.

17. The HUD CoC 2025 Notice of Funding Opportunity ("NOFO"), released on November 13, 2025, will cause disruption of HCD funded projects that are inextricably linked with CoC Funds. The abruptness with which the proposed CoC changes are occurring in the middle of a two-year grant cycle leaves the State and CoCs without any ability to plan for, mitigate, or transition without harm to existing projects or programs. The CoC changes will jeopardize

Grantees' and Applicants' respective contractual agreements to provide stable housing with HCD, which may result in termination of the respective Grant Agreement or Loan default.

18. All of HCD's applicable programs rely upon a CoC's ability to maintain its respective current level of funding and effort necessary to transition people who are experiencing homelessness or who are at risk of homelessness into permanent housing, including supportive housing. This level of funding and effort will be upended by the changes allowing no more than 30% of the CoC allocation to go toward permanent housing. HCD relies on CoC funded projects to support permanent housing, including supportive housing, throughout California. The 30-percent cap on CoC's Annual Renewal Demand to fund Permanent Housing projects will force CoCs into the untenable position of reallocating the majority of their current programming to other project types. This will leave the most vulnerable of Californians without access to permanent housing placements and destabilize Californians who are currently residents of existing CoC funded permanent housing.

19. In light of the exigency and concerns regarding the impact of the HUD NOFO, dozens of HCD staff members have already convened to review the impacts to PSH. HCD more generally has been forced to redirect its staff away from other HCD priorities to address the numerous questions received from stakeholders regarding the NOFO and related impacts. HCD is in the process of developing strategies and implementation plans for relevant HCD programs to mitigate the impacts of these drastic, unprecedented changes to CoC funding. The strategies and plans under consideration and already in process include guidance, technical assistance, and outreach to housing partners, stakeholders, and members of the public who will be threatened by and potentially displaced due to the changes.

20. HCD will need to dedicate additional staff time and resources to respond to questions from CoCs and other public, state, regional, and local partners; modify training and outreach materials; conduct workshops and calls to explain the complex and unprecedented provisions of the CoC 2025 NOFO; and draft amendments to current grant and loan agreements.

21. The NOFO represents a significant departure from past practices and will cause serious harm. HCD has relied upon the indispensable role of CoCs in securing permanent affordable housing. The abrupt shift to limit 30% of overall funding to permanent housing will create significant uncertainty that will cascade to the entire housing continuum. Since 90% of investments were used to renew existing investments, individuals, organizations, and landlords were expecting these investments to continue for the second year of the grant cycle. Making sudden changes does not allow for adequate transition time. The impact on the rental market could be significant as many landlords who are reliant on the rent payments of those receiving CoC rental assistance will find themselves harmed with the loss of this rent, and many Californians will be at risk of homelessness as a result. The significance of this structural change, along with entirely new scoring criteria will lead to major funding losses and harm to the most vulnerable in California, who rely upon CoCs to guide them to permanent stable, lasting homes.

22. HCD presently anticipates that at least 10 Homekey projects with as many as 490 housing units may be reliant on CoC funding for ongoing operational costs. HCD's investments in just these ten projects alone totals over $130 million. The 30% cap will endanger HCD's existing Homekey portfolio because funding renewals will be uncertain, creating instability among the populations served by the CoCs. If projects are unable to operate, the viability of the project that HCD funded, and that project's ability to deliver on its goal to stably house persons experiencing or at risk of homelessness, is at risk.

23. In addition, HCD has recently announced more than 2 billion dollars authorized through the passage of a bond approved by the California voters in 2024 to administer the Homekey+ Program to create new permanent supportive housing. With a current Notice of Funding Availability open and accepting applications, jurisdictions and developers are currently applying for Homekey+ Program funding. The reduction in CoC funding to permanent housing projects will result in great uncertainty for applicants, resulting in last minute funding gaps and withdrawal of applications. Currently six active applications, proposing to provide 437 housing units, of which 123 will be for veterans, have a commitment of CoC funding or intent to pursue CoC funding. The NOFO places the status of these applications in jeopardy. Additionally, with the proposed reduction in CoC funding available for permanent housing projects, fewer developers will commit to building PSH projects due to the uncertainty of long-term operational sustainability. In short, current applicants may withdraw, and would-be applicants may not apply, which could result in HCD being unable to award remaining Homekey+ funds. This means fewer projects or eliminated programs, and fewer persons served, frustrating the statutory purpose of the program.

24. Independent of whether HUD CoC funding directly supports HCD programs, many CoCs that apply for and receive HCD grants rely on HUD funding to support their organizational infrastructure and programs. The loss of this funding heightens the risk that they may default on existing grants and loans within their portfolio due to the disruption in funding and destabilization of units. That could threaten HCD-funded programs, regardless of whether HUD CoC funds are directly involved.

25. The new 30% cap will also harm HCD's grantees by destabilizing permanent housing efforts and thus increase homelessness. This NOFO will lead to a reduction in the number of permanent housing units, which will, in turn, cause people to remain in emergency shelter and

transitional housing longer than they need to because they have no permanent housing available. In effect, this NOFO will bottleneck the entire system, resulting in longer durations of homelessness, and poorer client outcomes.

26. The NOFO will also disrupt statewide efforts to address homelessness through an eligibility and scoring system that disadvantages applicants with demonstrated, data driven outcomes of permanent placements. For example, by considering an organization's "history of subsidizing activities that conflict with this NOFO," the NOFO may disqualify applicants that have used person-centered approaches that recognize an individual's gender identity. Disqualifying or chilling the applications of organizations with experience and results, while simultaneously destabilizing permanent housing efforts, threatens to seriously destabilize efforts across the state to address homelessness.

27. HCD grantees and loan recipients that implement programs leading to permanent housing through a contract with a CoC or with the CoC as primary grantee will suffer harm in terms of reduced cash flow, uncertain future funding and ultimate harm to the funded units and tenants residing therein.

28. Property owners of HCD and CoC funded projects may need to cover expenses caused by the increase in unit turnovers with state funds, such as replacement reserve funds. HCD will need to dedicate additional staff time and resources to these requests. HCD administers and sets aside funds in excess of a project's projected expenses, called "reserve funds," for unanticipated repairs or other project needs affecting the immediate health and safety of the residents. Therefore, HCD staff likely will see an increase in the number of reserve requests from properties when operating income cannot cover ongoing expenses for turnover costs caused by the 2025 NOFO.

Operational reserves are likely to be depleted at very aggressive rates, placing the projects at greater risk without adequate reserves.

29. The NOFO will cause a dangerous spike in homelessness and prevent the creation of much needed permanent housing. The NOFO changes will have immediate impacts at the local level by creating confusion on program requirements, draining operational reserves, and making it even more difficult for California to provide existing permanent affordable housing to vulnerable populations experiencing homelessness. The NOFO will also negatively impact the future creation of permanent affordable housing by causing many CoCs to focus on preserving their existing permanent housing portfolios instead of creating new permanent housing that is most needed in their region, further destabilizing tenants, and creating additional barriers and harms to precisely the individuals the CoCs serve.

30. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of November 2025.

_____
Zachary Olmstead
Chief Deputy Director
California Department of Housing and Community Development