AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island ▼

| | | |
|---|---|---|
| State of Washington, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-cv-626 |
| U.S. Dep't of Housing and Urban Developmt, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Governor Josh Shapiro                                                                                      .

Date:       11/26/2025                                    /s/ Jacob B. Boyer
                                                                     *Attorney's signature*

                                                              Jacob B.Boyer (Pa. 324296)
                                                              *Printed name and bar number*
                                                              30 North Third Street, Suite 200
                                                              Harrisburg, PA 17101

                                                              _____
                                                                            *Address*

                                                              jacobboyer@pa.gov
                                                              *E-mail address*

                                                              (717) 460-6786
                                                              *Telephone number*

                                                              _____
                                                                          *FAX number*