B

An official website of the United States Government  Here's how you know

Search



(/)

**U.S. Department of Housing and Urban Development**

HUD Partners (/hud-partners)

/ Continuum of Care Program

# Continuum of Care Program

### FY 25 COC NOFO Update

The Department has withdrawn a Notice of Funding Opportunity (NOFO) with respect to the Continuum of Care (CoC) grant program. This withdrawal will allow the Department to make appropriate revisions to the NOFO, and the Department intends to do so. In the previous FY 24-25 NOFO, the Department reserved the right to make changes to the NOFO instead of processing renewals for a variety of reasons, including to accommodate a new CoC or Youth Homelessness Demonstration Program (YHDP) priority or new funding source. The Department still intends to exercise this discretion and make changes to the previously issued CoC NOFO to account for new priorities. HUD anticipates reissuing a modified NOFO well in advance of the deadline for obligation of available Fiscal Year 2025 funds.

### Overview

The Continuum of Care (CoC) Program (24 CFR part 578) (https://www.ecfr.gov/current/title-24/subtitle-B/chapter-V/subchapter-C/part-578) is designed to promote a community-wide commitment to the goal of ending homelessness; to provide funding for efforts by nonprofit providers, states, Indian Tribes or tribally designated housing entities (as defined in section 4 of the Native American Housing Assistance

**Website Feedback**

and Self-Determination Act of 1996 (25 U.S.C. 4103) (TDHEs)), and local governments to quickly rehouse homeless individuals, families, persons fleeing domestic violence, dating violence, sexual assault, and stalking, and youth while minimizing the trauma and dislocation caused by homelessness; to promote access to and effective utilization of mainstream programs by homeless individuals and families, and to optimize self-sufficiency among those experiencing homelessness.

## I Want To Review

- Electronic Special Needs Assistance Program System (e-snaps) Login Portal (https://esnaps.hud.gov/grantium/frontOffice.jsf)
- FY2024 CoC Program Competition Award Announcement
- FY2024 CoC Program Competition Debrief (/sites/dfiles/CPD/documents/CoC/CoC-2024-Program-Competition-Debrief.pdf)
- FY2024 CoC Program Competition and Funding Report - Updated March 26th for additional awards
- FY 2025 Continuum of Care Competition
- FY2025 Continuum of Care (CoC) Builds Notice of Funding Opportunity (NOFO)

## Resources

- CoC (https://www.hudexchange.info/programs/coc/)
    - McKinney-Vento Homeless Assistance Act (42 U.S.C. 11381-11389) (https://www.govinfo.gov/content/pkg/USCODE-2011-title42/pdf/USCODE-2011-title42-chap119-subchapIV-partC.pdf)
    - Program Requirements (https://www.hudexchange.info/programs/coc/coc-program-eligibility-requirements/)
    - CoC Programs Toolkit (https://www.hudexchange.info/programs/coc/toolkit/)
    - Planning & Reporting (https://www.hudexchange.info/programs/coc/coc-

**Website Feedback**

- program-reports-program-data-and-program-rents/)
- Homeless Management Information System (HMIS) (https://www.hudexchange.info/programs/hmis/)
- News & Announcements (https://www.hudexchange.info/news/?ct=%5B%22News%22%5D&tt=&topic=%5B%22CoC%3A+Continuum+of+Care+Progr
- Snaps Office Hours - Slides (/sites/dfiles/CPD/documents/CoC/SNAPS_Office_Hours_Slide_Deck.pdf) | Transcript (/sites/dfiles/CPD/documents/CoC/SNAPs_Office_Hours_Transcript.pdf)

Helping Americans (/helping-americans)

HUD Partners (/hud-partners)

Researchers (/researchers)

News (/news)

About (/aboutus)

Contact (/contactus)

**U.S. Department of**
**Housing and Urban Development**

451 7th Street, S.W., Washington, DC 20410

T: (202) 402-3815

Find a HUD office near you (/contactus/local)

**Website Feedback**