AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

State of Washington, et al., )
*Plaintiff* )
v. ) Case No. 1:25-cv-00626
U.S. Dept. of Housing and Urban Development, et al., )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Connecticut          .

Date:   12/08/2025

/s/ Andrew M. Ammirati
*Attorney's signature*

Andrew M. Ammirati, CT No. 30934
*Printed name and bar number*
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106

*Address*

Andrew.Ammirati@ct.gov
*E-mail address*

(860) 808-5090
*Telephone number*

(860) 808-5384
*FAX number*