AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | | |
|---|---|---|
| State of Washington, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-00626-MSM-AEM |
| U.S. Dep't of Housing and Urban Development, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Office of the Governor ex rel. Andy Beshear, in his official capacity as Governor of Kentucky.    .

Date:    12/10/2025

/s/ S. Travis Mayo
*Attorney's signature*

Steven Travis Mayo/KY 92628
*Printed name and bar number*

501 High Street
Frankfort, KY 40601

*Address*

travis.mayo@ky.gov
*E-mail address*

(502) 526-1161
*Telephone number*

(502) 564-6858
*FAX number*