UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>                        Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and ERIC SCOTT TURNER, in His Official Capacity as Secretary of the United States Department of Housing and Urban Development,<br><br>                        Defendants. | C.A. No. 1:25-cv-00626-MSM-AEM<br><br>**PLAINTIFF STATES' MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION** |

**PLAINTIFF STATES' MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF STATES' MOTION FOR PRELIMINARY INJUNCTION**

Given Defendants' recent withdrawal of the challenged Fiscal Year (FY) 2025 Notice of Funding Opportunity (NOFO) and their intent to belatedly "fashion a revised NOFO" for Fiscal Year 2025 in the future (ECF No. 41), Plaintiff States respectfully move for leave to supplement Plaintiff States' Motion for Preliminary Injunction (ECF No. 11) to include arguments concerning the timing of Defendants' purported rescission of the FY 2024-2025 NOFO. These arguments are already raised in the related preliminary injunction motion in *National Alliance to End Homelessness v. U.S. Department of Housing and Urban Development*, No. 1:25-cv-00636-MSM-AEM, ECF No. 5 at 18-20, 37-41 (D.R.I. filed Dec. 1, 2025). Defendants do not object to Plaintiff States' supplementation, and Defendants will not be prejudiced if Plaintiff States supplement their Motion for Preliminary Injunction, as they will file a consolidated opposition brief to both motions for preliminary injunction. A hearing on both motions is set for December 19, 2025. D.R.I. LR Cv 7(c).

Specifically, Plaintiff States seek to supplement their Motion for Preliminary Injunction to include the following language:

The purported rescission and/or replacement of the FY 2024-2025 NOFO is "not in accordance with law" and is "in excess of statutory . . . authority" under the APA. 5 U.S.C. § 706(2)(A), (C). *See* ECF No. 48 (Amended Compl.) ¶¶ 253-58. Congress appropriated FY 2025 funding for CoC on March 15, 2025. *See* Full-Year Continuing Appropriations and Extensions Act, 2025, Pub. L. No. 119-4, § 1101(12), 139 Stat. 9, 10 (Mar. 15, 2025). At that time, the FY 2024–2025 NOFO was in effect. Given that HUD "shall release" a NOFO for grants for a particular fiscal year "not later than 3 months" after the enactment of the act making the appropriation, 42 U.S.C. § 11382(b), HUD was required to release the NOFO for Fiscal Year 2025 CoC funds by June 15, 2025. However, on June 15, 2025, the FY 2024-2025 NOFO remained in effect. Defendants therefore lacked the authority to rescind and replace that NOFO in November 2025, which was eight months after Congress appropriated funds.

1

Additionally, the purported rescission and/or replacement of the FY 2024-2025 NOFO is arbitrary and capricious because Defendants failed to provide any reasonable basis for doing so. *See* ECF No. 48 (Amended Compl.) ¶¶ 259-63. Instead, in one sentence of the FY 2025 NOFO, HUD merely stated without explanation that the FY 2025 NOFO "rescinds and supersedes any mention of awards of FY 2025 CoC funds" in the FY 2024-2025 NOFO. The purported rescission or replacement of the FY 2024-2025 NOFO is also arbitrary and capricious because Defendants did not consider Plaintiffs' significant reliance interests in the funding—and timeline for funding—that was promised by the FY 2024-2025 NOFO, which did not require FY 2024 applicants to reapply for FY 2025. This new FY 2025 NOFO was issued just two months before many grants pursuant to the FY 2024-2025 NOFO were subject to renewal and the recipients of these grants had expected that the grants would be renewed pursuant to the FY 2024-2025 NOFO. The belated issuance of the FY 2025 NOFO, however, caused considerable confusion and virtually ensured gaps in funding for the projects funded by these grants. Further, Defendants failed to consider the catastrophic disadvantages of rescinding the FY 2024-2025 NOFO, including that tens of thousands of formerly homeless individuals and families will be forced out of their housing and onto the streets. Defendants' recent withdrawal of the FY 2025 NOFO on December 8, 2025—which included Defendants' statement that yet another replacement FY 2025 NOFO is forthcoming at some later date—compounds these harms and further necessitates reinstatement of the FY 2024-2025 NOFO. *See* Second Decl. of Nicholas Mondau, ¶¶ 8-14; Suppl. Decl. of Pascale Leone, ¶¶ 6-25.

Pursuant to 5 U.S.C. § 706 and 28 U.S.C. § 2201, Plaintiff States are entitled to a declaration that the recission of the FY 2024-2025 NOFO violated the APA.

Plaintiff States are also entitled to vacatur of the FY 2025 NOFO pursuant to 5 U.S.C. § 706, a stay of the Challenged Conditions pursuant to 5 U.S.C. § 705, and a preliminary and permanent injunction preventing Defendants from implementing the 2025 NOFO or any subsequent NOFO covering FY 2025.

DATED this 12th day of December 2025.

Respectfully submitted,

| | |
|---|---|
| **NICHOLAS W. BROWN**<br>Attorney General of Washington<br><br>/s/ *Andrew R.W. Hughes*<br>ANDREW R.W. HUGHES*<br>ZANE MULLER*<br>ALIANA KNOEPFLER*<br>ANDREA ALEGRETT*<br>Assistant Attorneys General<br>CRISTINA SEPE*<br>Deputy Solicitor General<br>800 Fifth Avenue, Suite 2000<br>P.O. Box TB-14<br>Seattle, WA 98104-3188<br>206-464-7744<br>Andrew.Hughes@atg.wa.gov<br>Zane.Muller@atg.wa.gov<br>Aliana.Knoepfler@atg.wa.gov<br>Andrea.Alegrett@atg.wa.gov<br>Cristina.Sepe@atg.wa.gov<br><br>*Attorneys for Plaintiff State of Washington* | **LETITIA JAMES**<br>Attorney General of New York<br><br>/s/ *Rabia Muqaddam*<br>RABIA MUQADDAM*<br>Chief Counsel for Federal Initiatives<br>COLLEEN K. FAHERTY*<br>Special Trial Counsel<br>STEPHEN C. THOMPSON*<br>Special Counsel<br>VICTORIA OCHOA*<br>Assistant Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>212-416-6183<br>Rabia.Muqaddam@ag.ny.gov<br>Colleen.Faherty@ag.ny.gov<br>Stephen.Thompson@ag.ny.gov<br>Victoria.Ochoa@ag.ny.gov<br><br>*Counsel for Plaintiff State of New York* |
| **PETER F. NERONHA**<br>Attorney General of Rhode Island<br><br>/s/ *Jordan G. Mickman*<br>KATHRYN M. SABATINI (RI Bar No. 8486)<br>Chief, Civil Division<br>Special Assistant Attorney General<br>JORDAN G. MICKMAN (RI Bar No. 9761)<br>Unit Chief, Civil and Community Rights<br>Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>401-274-4400, Ext. 2079<br>Ksabatini@riag.ri.gov<br>Jmickman@riag.ri.gov<br><br>*Attorneys for Plaintiff State of Rhode Island* | **KRISTIN K. MAYES**<br>Attorney General of Arizona<br><br>/s/ *William Y. Durbin*<br>HAYLEIGH S. CRAWFORD*<br>Deputy Solicitor General<br>WILLIAM Y. DURBIN*<br>Senior Litigation Counsel<br>Office of the Attorney General<br>2005 North Central Ave.<br>Phoenix, Arizona 85004<br>602-542-3333<br>Hayleigh.Crawford@azag.gov<br>William.Durbin@azag.gov<br>ACL@azag.gov<br><br>*Attorneys for Plaintiff State of Arizona* |

**ROB BONTA**
Attorney General of California

*/s/ Jarrell Mitchell*
JARRELL MITCHELL*
Deputy Attorney General
MICHAEL L. NEWMAN*
Senior Assistant Attorney General
JOEL MARRERO
Supervising Deputy Attorney General
BRIAN BILFORD*
LAUREN GREENAWALT*
ALYSSA ZHANG*
Deputy Attorneys General
Jarrell.Mitchell@doj.ca.gov
Brian.Bilford@doj.ca.gov
Lauren.Greenawalt@doj.ca.gov
Alyssa.Zhang@doj.ca.gov
Joel.Marrero@doj.ca.gov
Michael.Newman@doj.ca.gov

*Counsel for Plaintiff State of California*

**PHILIP J. WEISER**
Attorney General of State of Colorado

*/s/ David Moskowitz*
DAVID MOSKOWITZ*
Deputy Solicitor General
NORA PASSAMANECK*
Senior Assistant Attorney General
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
720-508-6000
David.Moskowitz@coag.gov

*Attorneys for Plaintiff State of Colorado*

**KATHLEEN JENNINGS**
Attorney General of State of Delaware

*/s/ Ian R. Liston*
IAN R. LISTON*
Director of Impact Litigation
VANESSA L. KASSAB*
Deputy Attorney General
ROSE GIBSON*
Assistant Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Ian.Liston@delaware.gov

*Attorneys for Plaintiff State of Delaware*

**WILLIAM TONG**
Attorney General of State of Connecticut

*/s/ Andrew M. Ammirati*
ANDREW M. AMMIRATI*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Andrew.Ammirati@ct.gov

*Attorneys for Plaintiff State of Connecticut*

**BRIAN L. SCHWALB**
Attorney General of District of Columbia

*/s/ Samantha Hall*
SAMANTHA HALL*
Assistant Attorney General
Office of the Attorney General
of the District of Columbia
400 Sixth Street, N.W.
Washington, D.C. 20001
202-788-2081
Samantha.Hall@dc.gov

*Attorneys for Plaintiff District of Columbia*

**KWAME RAOUL**
Attorney General of Illinois

*/s/ Aleeza Strubel*
ALEEZA STRUBEL*
Complex Litigation Counsel
ELENA S. METH*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St., 35th Floor
Chicago, IL 60603
773-914-3046
Aleeza.Strubel@ilag.gov
Elena.Meth@ilag.gov

*Counsel for Plaintiff State of Illinois*

**ANDY BESHEAR**
Governor of Commonwealth of Kentucky

*/s/ S. Travis Mayo*
S. TRAVIS MAYO*
General Counsel
TAYLOR PAYNE*
Chief Deputy General Counsel
LAURA C. TIPTON*
Deputy General Counsel
Office of the Governor
501 High Street
Frankfort, KY 40601
502-564-2611
Travis.Mayo@ky.gov
Taylor.Payne@ky.gov
Laurac.Tipton@ky.gov

*Attorneys for Plaintiff Office of the Governor ex rel. Andy Beshear, in His Official Capacity as Governor of the Commonwealth of Kentucky*

**AARON M. FREY**
Attorney General of Maine

*/s/ Katherine W. Thompson*
KATHERINE W. THOMPSON*
Special Counsel
Office of the Attorney General
6 State House Station
Augusta, ME 04333
Tel: 207-626-8455
Fax: 207-287-3145
Kate.Thompson@maine.gov

*Attorneys for Plaintiff State of Maine*

**ANTHONY G. BROWN**
Attorney General of Maryland

*/s/ James C. Luh*
JAMES C. LUH*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
Jluh@oag.maryland.gov

*Attorney for Plaintiff State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

*/s/ Michelle Pascucci*
KATHERINE DIRKS*
 Chief State Trial Counsel
MICHELLE PASCUCCI*
State Trial Counsel
ESME CARAMELLO
Director, Housing Affordability Unit
AARON DULLES*
LAUREN YAMAGUCHI*
Assistant Attorneys General
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
617-963-2255
Michelle.Pascucci@mass.gov

*Counsel for Plaintiff Commonwealth of Massachusetts*

**DANA NESSEL**
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI*
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
517-335-7603
GiovanattiN@michigan.gov

*Attorneys for Plaintiff State of Michigan*

**KEITH ELLISON**
Attorney General of Minnesota

*/s/ Brian S. Carter*
BRIAN S. CARTER
Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
651-300-7403
Brian.carter@ag.state.mn.us

*Counsel for Plaintiff State of Minnesota*

<div style="columns:2">

**MATTHEW J. PLATKIN**
Attorney General of New Jersey

*/s/ Daniel Resler*
DANIEL RESLER*
Deputy Attorney General
33 Washington St., 9th Floor
Newark, NJ 07102
973-648-4726
Daniel.Resler@law.njoag.gov

*Attorney for Plaintiff State of New Jersey*


**JENNIFER C. SELBER**
General Counsel

*/s/ Jacob B. Boyer*
JACOB B. BOYER*
STEPHEN R. KOVATIS*
Deputy General Counsel
Office of General Counsel
30 North Street, Suite 200
Harrisburg, PA 17101
Jacobboyer@pa.gov
717-460-6786

*Attorney for Plaintiff Governor Josh Shapiro, in His Official Capacity as Governor of the Commonwealth of Pennsylvania*


**JOSHUA L. KAUL**
Attorney General of Wisconsin

*/s/ Faye B. Hipsman*
FAYE B. HIPSMAN*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
Faye.Hipsman@wisdoj.gov

*Counsel for Plaintiff State of Wisconsin*

**RAÚL TORREZ**
Attorney General of the State of New Mexico

*/s/ Anjana Samant*
ANJANA SAMANT*
Deputy Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
Asamant@nmdoj.gov

*Attorneys for the State of New Mexico*


**DAN RAYFIELD**
Attorney General of Oregon

*/s/ Scott P. Kennedy*
SCOTT P. KENNEDY*
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel: 971-673-1880
Fax: 971-673-5000
Scott.Kennedy@doj.oregon.gov

*Attorneys for Plaintiff State of Oregon*


**CHARITY R. CLARK**
Attorney General of Vermont

*/s/ Jonathan T. Rose*
JONATHAN T. ROSE*
Solicitor General
109 State Street
Montpelier, VT 05609
802-828-3171
Jonathan.Rose@vermont.gov

*Attorney for Plaintiff State of Vermont*

</div>