# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants.<br><br>AND<br><br>NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | Case Nos. 25-cv-626<br>25-cv-636<br><br>District Judge Mary S. McElroy<br>Magistrate Judge Amy E. Moses |

**DECLARATION OF BRYAN W. HORN IN SUPPORT OF HUD'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR STAY AND PRELIMIARY INJUNCTION**

I, Bryan W. Horn, hereby declare as follows:

1. I am employed by the U.S. Department of Housing and Urban Development ("HUD") as an Acting Principal Deputy Assistant Secretary for Community Planning and Development ("CPD"). I have served in this capacity since August 5, 2025.

2. My statements herein are based on my personal knowledge and/or my evaluation of information provided to me in my official capacity; on reasonable inquiry; information obtained

from various records, systems, databases; or program employees and information portals maintained and relied upon by HUD in the regular course of business.

3. After the complaints were filed in these cases, including after conversations with counsel, CPD leadership was made aware of potential legal issues with the 2025 Continuum of Care ("CoC") Notice of Funding Opportunity ("NOFO"), noted by Plaintiffs which required a re-examination of the NOFO. HUD worked following the Court's December 5, 2025 hearing to address certain aspects of the NOFO. HUD determined that addressing them would first require HUD to rescind the 2025 NOFO. HUD ultimately resolved to issue a new NOFO that CPD leadership believes will address aspects of the NOFO at issue while complying with statutory and regulatory directives and advancing HUD's policy priorities.

4. CPD leadership decided to rescind the NOFO as soon as possible for multiple reasons, including (1) minimizing delaying the NOFO process and obligation of CoC funds, and (2) providing timely public notice that HUD would issue a new NOFO with appropriate revisions. HUD rescinded the 2025 NOFO on December 8, 2025.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of December 2025 in Washington, DC.

BRYAN HORN

Digitally signed by: BRYAN HORN
DN: CN = BRYAN HORN C = US O = U.S. Government OU = Department of Housing and Urban Development, Office of Community Planning and Development
Date: 2025.12.15 19:28:20 -05'00'

Bryan W. Horn