# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, et al., | |
| Plaintiffs, | |
| v. | C.A. No.1:25-cv-000626-MSM-AEM |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., | DECLARATION OF CORRIN BUCHANAN |
| Defendants. | |

## **DECLARATION OF CORRIN BUCHANAN**

I, Corrin Buchanan, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am familiar with the information in the statements set forth below based on my personal knowledge, except to those matters stated upon information and belief; as to those matters, I believe them to be true.

2. I currently serve as Undersecretary of the California Health and Human Services Agency (CalHHS). I was appointed Undersecretary of CalHHS in December 2024 and was confirmed by the California Senate on June 19, 2025.

3. I have spent more than a decade working at the intersection of housing, homelessness, health, and human services. I have held several roles within the State of California and at the county level, leading efforts to support unhoused individuals and to address the health impacts of homelessness. Prior to becoming Undersecretary of CalHHS, I served as the Deputy Secretary for Policy and Strategic Planning at CalHHS. I also served as the Assistant Director of Housing and Homelessness for the California Department of Social Services, where I oversaw housing programs that served seniors, people with disabilities, and families experiencing, or at risk of, homelessness. My leadership on housing and homelessness issues includes serving as the Deputy Director and Housing Director for the Office of Diversion and Reentry, as Program Manager for Housing for Health at the Los Angeles County Department of Health Services, and as Program Manager at Housing and Urban Health at the San Francisco County Department of Public Health. I hold a Master of Public Policy degree and a Bachelor of Arts in Development Studies from the University of California, Berkeley.

4. As Undersecretary, I lead policy development and implementation and manage the day-to-day operations of the Agency. I also support CalHHS's efforts to end and prevent homelessness, which includes programs within the California Department of Social Services and the California Department of Health Care Services that provide housing navigation, rental assistance, behavioral health services, and housing-related supportive services.

5. CalHHS serves well over 16 million Californians each year. At CalHHS, we work together with counties, cities, and communities, as well as public, private, and educational partners to serve the basic needs of Californians.

6. CalHHS is comprised of various departments that each have different roles in advancing health and providing critical safety net benefits for Californians, including individuals and families who are homeless or at risk of homelessness. The Department of Social Services oversees and administers programs and benefits serving California's most vulnerable residents, including California's Temporary Assistance for Needy Families (TANF) program, California Work Opportunity and Responsibility to Kids (CalWORKs), and California's Supplemental Nutrition Assistance Program (SNAP), CalFresh. The Department of Social Services also administers six different statewide housing programs that provide rental assistance and housing navigation to different populations, including the Housing Support Program, Homeless Assistance Program, the Bringing Families Home Program, and the Community Care Expansion Program, among others. These housing programs serve over 90,000 Californians annually. The Department of Health Care Services, which is the State Medicaid Agency, administers California's Medicaid program, Medi-Cal. The Department of Health Care Services also supports people experiencing homelessness through a combination of services, including but not limited to, Enhanced Care Management — which helped coordinate health and social services for over 81,000 Medi-Cal

members in the first quarter of 2025 — and direct housing interventions through Community Supports such as Housing Transition and Navigation Services, Housing Tenancy and Sustaining Services, and Housing Deposits, which served over 50,000 Medi-Cal members in the first quarter of 2025.

7. In my work at the state and county level, I have seen the critical work that the 44 local Continuum of Care (CoC) organizations operating in California do to prevent and address homelessness. In 2024, California CoCs collectively were awarded $683,837,939 in HUD CoC funding. About 90% of awarded funds were for permanent supportive housing, permanent housing rapid-rehousing; or joint transitional — rapid re-housing projects.[1] In my current and past roles at the state and county level, I worked closely with CoCs to implement jointly state- and federally funded programs and provided technical assistance to support the delivery of services to populations facing homelessness with unique health and social needs, including populations involved in the child welfare systems, seniors in the Adult protective services system, and people with complex behavioral health conditions. CoCs, and the federal funding they receive, serve as the backbone of the homeless response system.

8. In 2024, in California, 43,217 individuals resided in CoC-funded Permanent Housing; 28,450 individuals from 22,748 households resided in CoC-funded Permanent Supportive Housing.

9. I understand that in March of 2025, Congress passed a law confirming that for FY 2025-2026, the amount of CoC funding would be kept largely the same as the prior year, and

---

[1] U.S. Dep't of Hous. and Urban Dev., HUD's 2024 Continuum of Care Program Funding Awards: California, 1, https://files.hudexchange.info/reports/published/CoC_AwardComp_State_CA_2024.pdf.

imposing no new restrictions on its use.[2] This was consistent with approaches of prior years and administrations and allowed California CoCs to continue operations of existing projects and prepare to apply for new ones, all designed to keep vulnerable Californians off the streets.

10. I understand that on November 13, 2025, HUD issued a new CoC Notice of Funding Opportunity (November 2025 NOFO) that significantly reduced the amount of funds available for permanent housing (including permanent supportive housing, rapid-rehousing and joint transitional and rapid re-housing projects) in California — from about 90% in 2024 to a cap of 30% under the November 2025 NOFO.

11. I understand that on December 9, 2025, HUD withdrew the November 2025 NOFO, but that it has represented it still intends to provide yet another NOFO soon.[3] .

12. The uncertainty caused by HUD's decisions regarding the NOFO instills uncertainty in the CoC funding landscape. If HUD's sudden and unexplained shifts cause CoC-funded entities to lose funding, this funding loss will likely reduce the services CoC-funded are able to provide and cause gaps in services to homeless individuals and families. Because these gaps cannot be readily filled by other non-governmental organizations, it will likely fall on the state and state social service agencies to fill these service gaps.

13. This reduction in funds for permanent housing will mean individuals currently housed will lose that housing and there will be a reduction in the number of housing units for people experiencing homelessness. A recent estimate from the National Alliance to End Homelessness suggests that nearly 27,000 Californians could lose their housing due to the

---

[2] Committee for a Responsible Federal Budget: What's in the House's Full-Year Continuing Resolution, available at: https://www.crfb.org/blogs/whats-houses-full-year-continuing-resolution

[3] U.S. Dep't of Hous. and Urban Dev., HUD's 2024 Continuum of Care Program, available at: https://www.hud.gov/hud-partners/community-coc

5

Administration's decision to decrease funding for permanent housing.[4] As a result, the health and well-being of Californians facing homelessness will be harmed, and costs for California to continue to administer its health and human services programs will increase, as there is likely to be a higher utilization of State-funded healthcare and resulting increased costs across health services.

14. Throughout my career, I have seen how homelessness results in poor health and increased costs for the health system. As one recent study from the University of California San Francisco put it: "homelessness worsens health."[5] Poor health and chronic disease such as hypertension, lung disease, and heart disease are common among adults experiencing homelessness.[6] Despite the health conditions that people experiencing homelessness face, many lack access to regular care or a primary care provider. This means that people experiencing homelessness often end up engaging with the health care system in higher cost, more urgent settings, such as emergency departments and inpatient facilities.[7]

15. The increase in homelessness resulting from the HUD's abrupt rescission and replacement of the FY 2024-2025 NOFO, funding decisions that reduce funding to CoCs, and the resulting funding delays caused by these actions will increase health care costs for California. Medi-Cal is funded through a combination of federal and state funds, which inevitably will mean that a reduction in federal funds will have harmful effects on the State and its funding.

---

[4] Homelessness Research Inst., Nat'l Alliance to End Homelessness, *State and Local Impacts of HUD's Housing Cuts: Data* Visualization (November 25, 2025), https://endhomelessness.org/resources/research-and-analysis/housingcuts/.

[5] Margot Kushel et al., Univ. of Cal. S.F. Benioff Homelessness and Hous. Initiative, *Health and Homelessness in the California Statewide Study of People Experiencing Homelessness*, 2 (November 2025), https://homelessness.ucsf.edu/sites/default/files/2025-11/11.25_FINAL_BHHI_Report_Physical_Health.pdf.

[6] *Id.* at 3.

[7] *Id.* at 22-24.

16. These increased costs are a near certainty if the federal government dramatically decreases funding for permanent housing as it has indicated it will. In the 2023 California Statewide Study of People Experiencing Homelessness, 71% of the 3,200 survey participants reported receiving Medi-Cal.[8] As the number of Medi-Cal members experiencing homelessness increases, so will the number of Medi-Cal recipients experiencing poor health and chronic disease, conditions that double Medicaid costs.[9] Regardless of what HUD's eventual new NOFO contains, the delays in funding caused by HUD's actions will negatively impact CoC-funded entities' ability to provide housing and will increase the States' healthcare costs in the near future as these delays increase homelessness and usage of high-cost state-funded health services.

17. In addition, the CalHHS funded housing interventions described in paragraph 6 were designed to combine with funding from HUD CoC-funded programs. For example, the Community Care Expansion (CCE) program provides capital funding to create new permanent supportive housing. This program funds the acquisition, construction, and/or rehabilitation of adult and senior care facilities that serve certain individuals who are at risk of or experiencing homelessness. Funds are also available to preserve residential care settings, including through operating subsidies for existing licensed adult and senior care facilities. CCE is part of a broader, state-wide effort to expand the state's housing and care continuum, improve treatment outcomes, and prevent the cycle of homelessness or unnecessary institutionalization. Many of these projects funded by the state will be put in jeopardy if local CoC funds that are leveraged in these new

---

[8] Margot Kushel and Tiana Moore, *Toward a New Understanding: The California Statewide Study of People Experiencing Homelessness*, Univ. of Cal. S.F. Benioff Homelessness and Hous. Initiative, 56-57 (June 2023), https://homelessness.ucsf.edu/sites/default/files/2023-06/CASPEH_Report_62023.pdf.
[9] Heather Saunders et al., KFF, *5 Key Facts About Medicaid Coverage for Adults with Chronic Conditions* (April 10, 2025), https://www.kff.org/medicaid/5-key-facts-about-medicaid-coverage-for-adults-with-chronic-conditions/.

housing settings are cut. In addition, HUD's decision to cap the amount of funds that can be used for permanent housing will mean that fewer beds are available and will strain the resources the state makes available for rental subsidies. At the same time, the number of individuals needing the benefit is also likely to increase from original estimates as people become newly unhoused due to the loss of funding for permanent housing.

18. A loss in CoC funds and the resulting increase in additional homeless individuals will also have cascading impacts in other ways on the state. As described above, the California Department of Social Services administers benefits and other programs for the most vulnerable Californians, including CalFresh and CalWORKs. In July 2025, approximately 100,000 households were newly approved for CalFresh. Of these new households, around 12% identified as homeless or claimed a homeless shelter expense on their CalFresh application. From July 2024 through July 2025, approximately 479,000 families received CalWORKs. Of these families, 82,000 requested Homeless Assistance to help pay the costs of temporary or permanent housing.

19. Administering CalFresh and CalWORKs benefits to people experiencing homelessness presents challenges that both reduce access to those benefits and increase the state's cost of administration. Often, determining eligibility is more challenging due to lack of access to necessary documents and the inability to notify the beneficiary due to lack of address. Limited transportation and concerns around leaving personal belongings unattended means that people experiencing homelessness face barriers in making and keeping appointments which leads to lengthier engagement periods to enrollment and challenges in maintaining benefits.

20. The decrease in funds for permanent housing will strain the ability of CalHHS to serve Californians. As the number of people experiencing homelessness increases, there will be an unprecedented demand for CalHHS's rental assistance and housing navigation services. This will

also translate to additional significant administrative costs on CalHHS as it will serve more homeless people who will be harder to locate or communicate with and have fewer resources, leading to long waits and delayed ability to provide critical services to these Californians.

21. HUD's decision to cap the amount of funds available for permanent housing will result in more Californians experiencing homelessness and costs to the State. The State of California will be forced to pay increased health care costs due to a higher utilization of high-cost State-funded healthcare, as existing federally funded programs serving the needs of California's homeless population are hobbled, and as the state is left with insufficient CalHHS resources and staff to respond to the resulting crises.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 11 day of December, 2025

*[signature]*

Corrin Buchanan
Undersecretary
California Health and Human Services Agency