# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., <br><br> Defendants. | C.A. No. 1:25-cv-00626-MSM-AEM <br><br> DECLARATION OF SARITA NAIR |

## DECLARATION OF SARITA NAIR

I, SARITA NAIR, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Cabinet Secretary at the New Mexico Department of Workforce Solutions (the Department).

2. I have served as Cabinet Secretary since 2022. Prior to that, I was the Chief Administrative Officer of the City of Albuquerque.

3. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with Department staff, or from my review of relevant documents and information.

4. In April 2025, the State of New Mexico's Office of Housing, which includes homelessness initiatives, was administratively transferred to the Department.

5. In the state fiscal year ending June 30, 2026 (State Fiscal Year 2026), the Department, through the Office of Housing, is administering approximately $27 million in state funds appropriated specifically for homelessness, and $110 million appropriated to support housing, affordable housing, transitional housing and the expansion of housing services providers that facilitate behavioral health services and substance abuse recovery, homelessness assistance and prevention for persons with behavioral health needs. The Department is currently funding emergency shelters, domestic violence shelters, permanent supportive housing programs, rapid rehousing programs, home repair programs, street outreach, family stabilization programs, and programs to support landlords who accept supportive housing vouchers. The Department also operates a housing stability workforce program, which connects people experiencing homelessness to training, education, job placement and supportive services. In addition, the Department provides constituent services to people experiencing homelessness across the state, including benefits enrollment, supplying basic needs, transport, and navigation.

6. New Mexico has two Continuum of Care regions that receive funds from the US Department of Housing and Urban Development (HUD): Albuquerque and Balance of State. Both are administered by the New Mexico Coalition to End Homelessness (the Coalition).

  a. The Albuquerque Continuum of Care (CoC), known locally as the Albuquerque Strategic Collaborative to End Homelessness, covers the City of Albuquerque.

  b. The Balance of State CoC, known locally as the Balance of State Membership, covers all of the state of New Mexico excluding the City of Albuquerque.

  c. Each CoC is a year-round planning body of representative stakeholders from the communities within its geographic boundaries that works toward ending homelessness. In addition to applying for and administering HUD CoC funds, each CoC's work includes gathering and analyzing information in order to determine the local needs of people experiencing homelessness, implement strategic responses, and measure results. Each CoC also oversees and implements the Homeless Management Information System (HMIS).

7. In the State Fiscal Year 2026, the Department is providing $470,000 in funding to the Coalition to support the Balance of State CoC.

8. The Coalition coordinates the CoC grant application process in New Mexico and allocates funding to participating organizations. The application process has historically been open to any nonprofit or local government that wants to provide housing and related services to people experiencing homelessness. The Albuquerque Application is only open to organizations in the City of Albuquerque, while the Balance of State Application is open to organizations anywhere in New Mexico outside of Albuquerque.

9. In federal fiscal year 2024, the Albuquerque CoC received $6,722,775 in HUD funding, and the Balance of State CoC received $10,414,551, for a total of $17,137,326. The recipients include governments, healthcare organizations, organizations with permanent supportive housing programs, and temporary housing providers.

10. I understand that the HUD Continuum of Care Notice of Funding Opportunity originally released on November 13, 2025, represents a significant departure from past practices and will cause serious harm to the State of New Mexico, including detrimental impacts on funding and programs administered by the Department.

11. This Notice of Funding Opportunity (NOFO) was intended for FY 2025 and "rescinds and supersedes any mention of awards of FY 2025 CoC funds in the FY 2024 and FY 2025 Continuum of Care Competition and Renewal or Replacement of Youth Homeless Demonstration Program Grants published on July 31, 2024."

12. Under the November 13th NOFO, "Tier 1 is set at 30 percent of the CoC's Annual Renewal Demand (ARD)." Pg. 15.

   a. This means that instead of 90% of funding going to organizations that received funding in the previous fiscal year, only 30% of funding is for renewal.

   b. This has created significant instability for organizations that have planned to serve their communities, employ staff, and deploy funds based on the historical assurances of renewed funding.

   c. This has also created the need for the Coalition to develop criteria for stricter determination of which renewal programs will be in Tier 1.

13. The November 13th NOFO stated, "In order to promote balance and increase competition, no more than 30 percent of a CoC's Annual Renewal Demand (ARD) under this NOFO will fund Permanent Housing projects, including PH-PSH, PH-RRH and Joint TH and PH-RRH projects." Pg. 15. Historically PSH could account for 90% of ARD.

   a. Currently Permanent Supportive Housing (PSH) beds make up the largest segment of the beds available to people experiencing homelessness in New Mexico, with 3,805 PSH beds representing 46.4% of all beds. Temporary Housing represents an additional 7.9% of all beds, with 645 beds. PSH beds also tend to have one of the highest occupancy rates of all bed types.

      b.      Except for Medicaid-supported PSH which began in 2024 and PSH supported by the City of Albuquerque, nearly all of the PSH beds in the state are funded through HUD.

      c.      Cuts to PSH will have an outsized impact on the homeless service systems in New Mexico because PSH comprises such a large share of the total available beds, likely sending many more people into unsheltered homelessness. This in turn is likely to increase demand for, and put even greater strain on, the Department's constituent services and greater demand for the Department's limited funding.

      d.      Cuts to PSH are also likely to result in increased burdens on the emergency shelter system, which the Department funds in the amount of $17.8 million.

14.      The November 13th NOFO contains several references to rules regarding sex, gender, and gender identity. Under the November 13th NOFO, "HUD reserves the right to verify past performance and evaluate the eligibility of a project application submitted during the CoC Program Competition for the following reasons: (a) evidence that the project has previously or currently … conduct[s] activities that rely on or otherwise use a definition of sex other than as binary in humans." Pg. 55. "HUD reserves the right to reduce or reject a project application submitted during the CoC Program Competition for the following reasons … (h) evidence that the project has previously or currently conducts activities that subsidize or facilitate racial preferences or other forms of illegal discrimination or conduct activities that rely on or otherwise use a definition of sex other than as binary in humans." Pg. 65. "Awards made under this NOFO will not be used to … conduct activities that rely on or otherwise use a definition of sex as other than binary in humans." Pg. 108.

      a.      Cuts to programs that serve gender diverse individuals will have a devastating impact for a population that already faces lower rates of positive exit from homelessness than women or men.

      b.      The New Mexico Human Rights Act, NMSA 1978, § 28-1-1 et seq., prohibits discrimination on the basis of (i) sex, defined as "a person's categorization as male, female or intersex based on biology, physiology and physical characteristics," (ii) gender, defined as "an individual or societal expectation or perception of a person as masculine or feminine based on appearance, behavior or physical characteristics," or (iii) gender identity, defined as "a person's self-perception, based on the person's appearance, behavior or physical characteristics, that the person exhibits more masculinity or femininity or the absence of masculinity or femininity whether or not it matches the person's gender or sex assigned at birth." Under the November 13th NOFO, all CoC funding recipients would be placed in the impossible position of violating the New Mexico Human Rights Act by adhering to the "biological sex" requirements of the NOFO. This may deter organizations from applying for or accepting CoC funding, in turn creating more people on the streets, and more demand for Department funding and constituent services.

15.    Reduced CoC funding and/or NOFO conditions that conflict with state law will impact programs with braided CoC-State funds, in some cases making it impossible for programs to continue because they need, but cannot obtain, both sources of funding. For example, some organizations use Department dollars as a necessary supplement to HUD funding. Like all contracts for State funding, Department contracts require adherence to New Mexico law, including anti-discrimination laws that conflict with the November 13th NOFO grant conditions.

16.    As the only statewide government agency with funding appropriated specifically for a broad range of homeless services, the Department expects that demand for limited resources will increase in an estimated amount of $12 million. In addition, as the largest non-federal source of funding for the Coalition, the Department expects to receive requests for additional funding due to the increased costs of administration associated with assembling the drastically revised application for CoC funds in the short time allotted.

17. If the November 13th NOFO is reinstated or a similar set of requirements is imposed, CoC applicants will not receive funding they were counting on, and long-term projects will be derailed. This includes a loss of shelter capacity in facilities for which the Department is currently providing expansion or operating funding.

18. Consequences for program participants will be severe. Program participants are among the most vulnerable people in our State and often face other challenges in addition to being without a home.

19. In many instances, the Department provides services and supports with state funding, while a nonprofit receives CoC funding to cover operational costs such as rent, staffing, and management expenses. In such projects, neither the State nor the CoC subrecipient could offer their housing programs without the work of the other.

20. The Department's Housing Stability program provides support services, career counseling and navigation for people experiencing homelessness. These services are provided primarily through partnerships with CoC subrecipients. In State Fiscal Year 2025, the Department's Housing Stability program served 256 individuals.

21. Even if these conditions were not themselves problematic, compliance with dramatically different conditions will require a complete overhaul of CoC processes and those of CoC applicants. The Coalition will require more time, money, and effort to comply.

22. In order to address the significant changes in the NOFO and ensure timely submission of an application, the Department staff has engaged in an intensive evaluation process with the Coalition, including distribution and analysis of a survey to service providers and local governments. These efforts currently entail approximately 20 hours per week of Department staff time.

23. Terminating programs that rely on CoC grants will interfere with our state's homelessness goals. The state currently has a goal of achieving functional zero homelessness for families, which will become impossible due to the proposed drastic cuts to PSH, which is one of the most effective tools to address family homelessness.

24. The withdrawal of the November 13th NOFO without replacement will mostly likely result in a delay in any funding that New Mexico does ultimately receive. This would create a gap in services, could result in the expiration of housing vouchers, and could increase unsheltered homelessness and demand for the Department's funding and services.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of December 2025.

*/s/ Sarita Nair*
SARITA NAIR
Cabinet Secretary
New Mexico Department of Workforce Solutions