## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants.<br><br>AND<br><br>NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | Case Nos. 25-cv-626-MSM-AEM<br>          25-cv-636-MSM-AEM<br><br>District Judge Mary S. McElroy<br>Magistrate Judge Amy E. Moses |

## JOINT PROPOSAL FOR BRIEFING SCHEDULE

The parties in these two related cases, *State of Washington et al. v. HUD*, 25-cv-626, and *National Alliance to End Homelessness, et al. v. HUD*, 25-cv-636, have conferred and agree that Plaintiffs' claims should be resolved on dispositive motions on an expedited timeline. Plaintiffs' claims present primarily legal issues that are best resolved following the expedited production of an administrative record through a motion for partial summary judgment by Plaintiffs, *see State of Washington et al. v. HUD*, 25-cv-626, ECF No. 48; *National Alliance to End Homelessness, et al. v. HUD*, 25-cv-636, ECF No. 1, and a cross-motion for summary judgment by Defendants on the same set of claims. The parties in both cases have further agreed upon a joint proposed schedule for resolution of this matter.

The parties in both cases respectfully request that the Court enter the following schedule jointly governing all parties' forthcoming motions for summary judgment:

| | |
|---|---|
| Defendants produce the remaining portion of the administrative record pertaining to the rescission of the FY24-FY25 CoC NOFO | **December 29, 2025** |
| Plaintiffs' Motion for Summary Judgment | **January 7, 2026** |
| Defendants' Combined Opposition and Cross-Motion for Summary Judgment | **January 16, 2026** |
| Plaintiffs' Combined Reply and Opposition | **January 23, 2026** |
| Defendants' Reply | **January 29, 2026** |

The Government has indicated both to the Court and to Plaintiffs that it understands that Defendants are nearing completion of a new Notice of Funding Opportunity (NOFO), to issue in the coming days. Following the issuance of the new NOFO, should Plaintiffs, after examining the new NOFO, intend to pursue additional challenges to the new NOFO by amending their operative complaints, the parties expect to engage in good-faith discussions regarding the schedule for any additional briefing on any forthcoming claims. The parties also request that the Court defer any

1

deadlines to respond to Plaintiffs' complaints under Rule 12 until 30 days after the Court resolves the cross-motions.

DATE: December 19, 2025                    Respectfully submitted,

                                           BRETT A. SHUMATE
                                           Assistant Attorney General
                                           Civil Division

                                           YAAKOV M. ROTH
                                           Principal Deputy Assistant Attorney General
                                           Civil Division

                                           JOHN BAILEY
                                           Counsel to the Assistant Attorney General
                                           Civil Division
                                           JOSEPH E. BORSON
                                           Assistant Branch Director

                                           PARDIS GHEIBI
                                           Trial Attorney

                                           PETER R. GOLDSTONE
                                           Trial Attorney

                                           /s/ William S. Jankowski
                                           WILLIAM S. JANKOWSKI
                                           D.C. Bar No. 90021524
                                           Trial Attorney, U.S. Department of Justice
                                           Civil Division, Federal Programs Branch
                                           1100 L Street, N.W.
                                           Washington, D.C. 20530
                                           Tel.: (202) 353-7578
                                           Email: william.s.jankowski@usdoj.gov

                                           *Attorneys for Defendants*

/s/ Amy R. Romero
AMY R. ROMERO                              MADELINE H. GITOMER +
  (RI Bar No. 8262)                          (DC Bar No. 1023447)
KEVIN LOVE HUBBARD +                       KRISTIN BATEMAN +
  (MA Bar No. 704772)                        (DC Bar No. 90037068)

2

DeLuca, Weizenbaum,
  Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
amy@dwbrlaw.com
kevin@dwbrlaw.com
Cooperating counsel,
  Lawyers' Committee for RI

*Counsel for All NAEH Plaintiffs*

Tony LoPresti +
  (CA Bar No. 289269)
County Counsel
Kavita Narayan +
  (CA Bar No. 264191)
Chief Assistant County Counsel
Meredith A. Johnson +
  (CA Bar No. 291018)
Lead Deputy County Counsel
70 West Hedding Street, East Wing
Ninth Floor
San José, CA 95110-1770
(408) 299-5900
meredith.johnson@cco.sccgov.org

*Counsel for Plaintiff County of Santa Clara*

David Chiu +
  (CA Bar No. 189542)
City Attorney
Yvonne R. Meré +
  (CA Bar No. 173594)
Chief Deputy City Attorney
Mollie M. Lee +
  (CA Bar No. 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg +
  (CA Bar No. 269303)

Aleshadye Getachew +
  (DC Bar No. 1007161)
Aman T. George +
  (DC Bar No. 1028446)
Simon C. Brewer +
  (CT Bar No. 441889)*
Christine L. Coogle +
  (DC Bar No. 1738913)
Yenisey Rodríguez +
  (DC Bar No. 1600574)
Carrie Y. Flaxman +
  (DC Bar No. 458681)
Robin Thurston +
  (DC Bar No. 1531399)

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

Lynette Labinger
  (RI Bar No. 1645)
128 Dorrance Street, Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel,
  ACLU Foundation of RI

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

Antonia K. Fasanelli +
  (DC Bar No. 481856)
Kathryn M. Scott +
  (WA Bar No. 38978)*
National Homelessness Law Center
1400 16th Street, NW, Suite 425
Washington, DC 20036
(202) 638-2535

3

CHIEF OF COMPLEX AND AFFIRMATIVE
 LITIGATION
RONALD H. LEE +
 (CA Bar No. 238720)
ASST. CHIEF OF COMPLEX AND
 AFFIRMATIVE LITIGATION
MICHAEL LEVIN GESUNDHEIT +
 (CA Bar No. 292930)
DEPUTY CITY ATTORNEY
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
(415) 554-4240
michael.levin@sfcityatty.org

*Counsel for Plaintiff City and County
of San Francisco*

WALLACE W. DIETZ +
 (TN BPR No. 009949)
DIRECTOR OF LAW
JOHN K. WHITAKER +
 (TN BPR No. 039207)
SENIOR COUNSEL
ABBY GREER +
 (TN BPR No. 041470)
ASSISTANT METROPOLITAN ATTORNEY
109 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219
(615) 862-6341
wally.dietz@nashville.gov
john.whitaker@nashville.gov
abby.greer@nashville.gov

*Counsel for Plaintiff Metropolitan
Government of Nashville and Davidson
County*

afasanelli@homelesslaw.org
kmeyerscott@homelesslaw.org

*Counsel for Plaintiffs National Alliance to
End Homelessness and National Low Income
Housing Coalition*

TOBY MERRILL +
 (MA Bar No. 601071)
CASSANDRA CRAWFORD +
 (NC Bar No. 45396)
GRAHAM PROVOST +
 (DC Bar No. 1780222)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
toby@publicrightsproject.org
cassandra@publicrightsproject.org
graham@publicrightsproject.org

*Counsel for Plaintiffs City of Boston, City of
Cambridge, Martin Luther King, Jr. County,
Metropolitan Government of Nashville and
Davidson County, City of Tucson*

DAVID J. HACKETT +
 (WA Bar No. 21236)
GENERAL COUNSEL TO KING COUNTY
 EXECUTIVE AND SPECIAL DEPUTY
 PROSECUTOR
ALISON HOLCOMB +
 (WA Bar No. 23303)
DEPUTY GENERAL COUNSEL TO KING
 COUNTY EXECUTIVE AND SPECIAL
 DEPUTY PROSECUTOR
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
david.hackett@kingcounty.gov
aholcomb@kingcounty.gov

*Counsel for Plaintiff Martin Luther King, Jr. County*

+ Admitted *pro hac vice*
* Not admitted in the District of Columbia; practicing under the supervision of members of the D.C. Bar.

**NICHOLAS W. BROWN**
Attorney General of Washington

*/s/ Andrew R.W. Hughes*
ANDREW R.W. HUGHES*
ZANE MULLER*
ALIANA KNOEPFLER*
ANDREA ALEGRETT*
Assistant Attorneys General
CRISTINA SEPE*
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
P.O. Box TB-14
Seattle, WA 98104-3188
206-464-7744
Andrew.Hughes@atg.wa.gov
Zane.Muller@atg.wa.gov
Aliana.Knoepfler@atg.wa.gov
Andrea.Alegrett@atg.wa.gov
Cristina.Sepe@atg.wa.gov

*Attorneys for Plaintiff State of Washington on behalf of Plaintiff States*

**PETER F. NERONHA**
Attorney General of Rhode Island

*/s/ Jordan G. Mickman*
KATHRYN M. SABATINI (RI Bar No. 8486)
Chief, Civil Division
Special Assistant Attorney General
JORDAN G. MICKMAN (RI Bar No. 9761)
Unit Chief, Civil and Community Rights
Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400, Ext. 2079
Ksabatini@riag.ri.gov
Jmickman@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island on behalf of Plaintiff States*

**LETITIA JAMES**
Attorney General of New York

*/s/ Stephen C. Thompson*
RABIA MUQADDAM*
Chief Counsel for Federal Initiatives
COLLEEN K. FAHERTY*
Special Trial Counsel
STEPHEN C. THOMPSON*
Special Counsel
VICTORIA OCHOA*
Assistant Attorney General
28 Liberty Street
New York, NY 10005
212-416-6183
Rabia.Muqaddam@ag.ny.gov
Colleen.Faherty@ag.ny.gov
Stephen.Thompson@ag.ny.gov
Victoria.Ochoa@ag.ny.gov

*Counsel for Plaintiff State of New York on behalf of Plaintiff States*

**CERTIFICATE OF SERVICE**

I certify that on December 19, 2025, the above document was filed with the CM/ECF

filing system.

/s/ *William S. Jankowski*