## APPENDIX A: CHALLENGED CONDITIONS

| Condition | Citation (25-cv-626) |
|---|---|
| Cap on Funding of Permanent Housing Projects: "[N]o more than 30 percent of a CoC's Annual Renewal Demand (ARD) under this NOFO will fund Permanent Housing projects, including PH-PSH, PH-RRH and Joint TH and PH-RRH projects." | ECF No. 12-3 at 15. |
| Awarding Points for Requiring Participants to Enroll in Services: "[P]rogram participants are required to take part in [substance abuse treatment] services as a condition of continued participation in the program," "the requirement for participation in substance abuse treatment," and "the proposed project will require program participants to take part in supportive services (e.g. case management, employment training, substance use treatment)." | ECF No. 12-3 at 55, 62, 64, 77-80. |
| Tier 1 Cap of 30 Percent: "Tier 1 is set at 30 percent of the CoC's Annual Renewal Demand (ARD)." | ECF No. 12-3 at 15. |
| Prohibition or Restriction on Applicants Who Recognize the Existence of Transgender, Gender Non-Conforming, and Intersex Individuals: "Awards made under this NOFO will not be used to . . . conduct activities that rely on or otherwise use a definition of sex as other than binary in humans" and "HUD reserves the right to reduce or reject a project application [if there is] evidence that the project has previously or currently . . . conduct[ed/s] activities that rely on or otherwise use a definition of sex other than as binary in humans." | ECF No. 12-3 at 55, 65, 108. |
| Disadvantaging Programs that Provide Services for Mental and Substance-Abuse-Derived Disabilities: "[S]erve ... individuals with a physical disability/impairment or a developmental disability . . . not including substance abuse disorder" and favors units that "will prioritize these populations." | ECF No. 12-3 at 57, 61. |
| "Public Safety" Requirements: "CoCs must" cite "state or local law(s) that cover the CoC's entire geographic area" that prohibit "public illicit drug use" and "public camping or loitering" and cite state and local protocols that enforce these prohibitions; "CoCs must" demonstrate utilization of standards like "involuntary commitment"; "CoCs must" indicate that the state | ECF No. 12-3 at 86-87. |

| Condition | Citation (25-cv-626) |
|---|---|
| implements and is compliant with the registration and notification obligations of the Sex Offender Registry and Notification Act; and "CoCs must" assist law enforcement in checking the location of homeless sex offenders, and cooperate with law enforcement in connecting violators of public camping or drug laws with services. | |
| Partnering with Law Enforcement: "[P]artner with first responders and law enforcement" to increase housing and services engagement. | ECF No. 12-3 at 83. |
| Assisting with Federal Immigration Enforcement: "[V]oluntarily, thoroughly, and demonstrably facilitat[ing] immigration status verification before distribution of benefits to all recipients" using the SAVE database. | ECF No. 12-3 at 88. |
| Reducing Number of Homeless Encampments: "[R]eduction in the number of encampments or the number of people residing in encampments by at least 20%." | ECF No. 12-3 at 81. |
| DEI-Related Conditions: Applicants must "certify affirmatively" that they "will not engage in racial preferences or other forms of illegal discrimination"; HUD can reject an application if "the project has previously or currently conducts activities that subsidize or facilitate racial preferences or other forms of illegal discrimination." | ECF No. 12-3 at 54-55, 65. |
| Harm Reduction Conditions: Applicants must "certify affirmatively" that they "will not operate drug injection sites or 'safe consumption sites,' knowingly distribute drug paraphernalia on or off of property under their control, permit the use or distribution of illicit drugs on property under their control, or conduct any of these activities under the pretext of 'harm reduction'"; HUD can reject applicants based on "evidence that the project operates drug injection sites or 'safe consumption sites,' knowingly distributes drug paraphernalia on or off property under their control, permits the use or distribution of illicit drugs on property under their control, or conducts any of these activities under the pretext of 'harm reduction.'" | ECF No. 12-3 at 54-55, 65. |

| **Condition** | **Citation (25-cv-626)** |
|---|---|
| Retroactive "Risk Review" Catchall: "Before making an award, HUD will evaluate each applicant's . . . [h]istory of subsidizing or facilitating activities that conflict with the purposes of this NOFO." | ECF No. 12-3 at 89. |