AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island  ▼

|  |  |  |
|---|---|---|
| State of Washington, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-00626-MSM-AEM |
| US Dept. of Housing and Urban Development, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Rhode Island                                                                                           .

Date:      12/23/2025

/s/ Leonard Giarrano IV
*Attorney's signature*

Leonard Giarrano IV (Bar No. 10731)
*Printed name and bar number*

150 South Main Street
Providence, RI 02903

*Address*

lgiarrano@riag.ri.gov
*E-mail address*

(401) 274-4400
*Telephone number*

(401) 222-3016
*FAX number*