# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants.<br><br>AND<br><br>NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | Case Nos. 25-cv-626<br>25-cv-636<br><br>District Judge Mary S. McElroy<br>Magistrate Judge Amy E. Moses |

## CERTIFICATION OF THE ADMINISTRATIVE RECORD

I, James G. Bartolotto, Associate General Counsel for Litigation, Office of General Counsel at the U.S. Department of Housing and Urban Development ("HUD"), pursuant to 5 U.S.C. § 706, declare as follows:

Attached hereto are the non-privileged documents that, to the best of my knowledge and belief, reflect the supplemental production of documents for the administrative record in this matter as described.

This supplemental production of the administrative record, produced today, consists of records demonstrating HUD's decision to rescind the FY 2024-2025 CoC NOFO. The remainder

of the administrative record pertaining to the issuance of the December 2025 CoC NOFO in this matter is anticipated to be produced by December 30, 2025.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 29th day of December 2025 in Washington, DC.

_____
JAMES G. BARTOLOTTO