| File name | Begin Bates Range | End Bates Range | Date |
|---|---|---|---|
| Listserv notification 12122025 | DOJ-HUD-AR00001 | DOJ-HUD-AR00001 | 12/12/2025 |
| CoC Webpage | DOJ-HUD-AR00002 | DOJ-HUD-AR00004 | 12/13/2025 |
| Sec 231 Plan Notification 06182025 combined | DOJ-HUD-AR00005 | DOJ-HUD-AR00017 | 6/18/2025 |
| Listserv notification 07032025 | DOJ-HUD-AR00018 | DOJ-HUD-AR00018 | 7/3/2025 |
| Rep. Peters Response Letter 08182025 | DOJ-HUD-AR00019 | DOJ-HUD-AR00021 | 8/18/2025 |
| Schiff Response Letter 08182025 | DOJ-HUD-AR00022 | DOJ-HUD-AR00023 | 8/18/2025 |
| Listserv notification 11132025 | DOJ-HUD-AR00024 | DOJ-HUD-AR00026 | 7/3/2025 |
| FY24-25 NOFO (FR-6800-N-25) | DOJ-HUD-AR00027 | DOJ-HUD-AR00155 | 8/29/2025 |
| FY25 NOFO (FR-6900-N-25) (November 2025) | DOJ-HUD-AR00156 | DOJ-HUD-AR00283 | 11/13/2025 |