# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br>Plaintiffs, <br>     v. <br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br>Defendants. <br><br>AND <br><br>NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*, <br><br>Plaintiffs, <br>     v. <br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br>Defendants. | Case Nos. 25-cv-626-MSM-AEM <br>           25-cv-636-MSM-AEM <br><br>District Judge Mary S. McElroy <br>Magistrate Judge Amy E. Moses |

## NOTICE OF COMPLIANCE WITH PARAGRAPH 8 OF
## THE PRELIMINARY INJUNCTION ORDER

Consistent with the requirements of the Court's December 23, 2025 Preliminary Injunction Order, *State of Washington, et al. v. HUD*, 25-cv-626, ECF No. 68; *National Alliance to End Homelessness, et al. v. HUD*, 25-cv-636, ECF No. 52 ("PI Order), Defendants here provide "a report that sets forth any steps necessary to process eligible renewals for FY 2025 CoC funding under the FY2024-2025 NOFO and Defendants' expected timeline." PI Order ¶ 8; *see* Exhibit A.

1

DATE: December 30, 2025
                                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

JOHN BAILEY
Counsel to the Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

PARDIS GHEIBI
Trial Attorney

PETER R. GOLDSTONE
Trial Attorney

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 353-7578
Fax: (202) 616-8640
Email: william.s.jankowski@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I certify that on December 30, 2025, the above document was filed with the CM/ECF filing system.

                                                            /s/ *William S. Jankowski*