| File name | Bates Begin | Bates End | Date |
|---|---|---|---|
| Approval Email for NOFO Recommendation 12192025.pdf | DOJ-HUD-AR00284 | DOJ-HUD-AR00285 | 12/19/2025 |
| Recommendation for Revised FY25 NOFO 12192025.pdf | DOJ-HUD-AR00286 | DOJ-HUD-AR00299 | 12/19/2025 |
| SOHUD Fox News Article 09052025.pdf | DOJ-HUD-AR00300 | DOJ-HUD-AR00302 | 9/5/2025 |
| SOHUD interview 11192025.pdf | DOJ-HUD-AR00303 | DOJ-HUD-AR00306 | 11/19/2025 |
| SOHUD post 08182025 (faith-based).pdf | DOJ-HUD-AR00307 | DOJ-HUD-AR00307 | 8/18/2025 |
| SOHUD post 09092025 (self-sufficiency).pdf | DOJ-HUD-AR00308 | DOJ-HUD-AR00308 | 9/9/2025 |
| SOHUD post 10302025 (housing first change).pdf | DOJ-HUD-AR00309 | DOJ-HUD-AR00309 | 10/30/2025 |
| SOHUD post 11142025 (housing first change and self-sufficiency).pdf | DOJ-HUD-AR00310 | DOJ-HUD-AR00311 | 11/14/2025 |
| SOHUD post 11142025 (housing first change).pdf | DOJ-HUD-AR00312 | DOJ-HUD-AR00313 | 11/14/2025 |
| SOHUD post 11212025 (faith-based).pdf | DOJ-HUD-AR00314 | DOJ-HUD-AR00314 | 11/21/2025 |
| FY24-25 NOFO (FR-6800-N-25).pdf | DOJ-HUD-AR00315 | DOJ-HUD-AR00443 | 7/31/2024 |
| FY25 NOFO (FR-6900-N-25).pdf | DOJ-HUD-AR00444 | DOJ-HUD-AR00571 | 11/13/2025 |
| Are Cities' Pledges to End Homelessness Working? | DOJ-HUD-AR00572 | DOJ-HUD-AR00580 | 3/26/2012 |
| The 2024 Annual Homelessness Assessment Report (AHAR to Congress) Part 1: Point-In-Time Estimates of Homelessness, December 2024 | DOJ-HUD-AR00581 | DOJ-HUD-AR00697 | Dec. 2024 |
| The Future of Housing for the Homeless | DOJ-HUD-AR00698 | DOJ-HUD-AR00710 | 6/26/2025 |
| How-Congress-Can-Reform-Governments-Misguided-Homelessness-Policies-20221011.pdf | DOJ-HUD-AR00711 | DOJ-HUD-AR00740 | 10/11/2022 |
| CoC_AwardComp_NatlTerrDC_2024.pdf | DOJ-HUD-AR00741 | DOJ-HUD-AR00741 | 2024 |
| Health Conditions Among Unsheltered Adults in the US | DOJ-HUD-AR00742 | DOJ-HUD-AR00751 | Oct. 2019 |
| CASPEH_Report_62023.pdf | DOJ-HUD-AR00752 | DOJ-HUD-AR00847 | June 2023 |
| Mortality Among People Experiencing Homelessness in San Francisco During the COVID-19 Pandemic \| Public Health \| JAMA Network Open \| JAMA Network | DOJ-HUD-AR00848 | DOJ-HUD-AR00854 | 3/10/2022 |
| Addressing Places in Seattle Where Overdoses and Crime are Concentrated: An Evidence-Based Approach | DOJ-HUD-AR00855 | DOJ-HUD-AR00921 | 7/9/2024 |
| 2022 Annual Homelessness Assessment Report (AHAR) to Congress, Part 2: Annual Estimates of Sheltered Homelessness in the United States | DOJ-HUD-AR00922 | DOJ-HUD-AR01030 | May 2024 |
| 2024 National Public Safety and Homelessness Poll \| Cicero Institute | DOJ-HUD-AR01031 | DOJ-HUD-AR01035 | 2024 |
| History of The Salvation Army | DOJ-HUD-AR01036 | DOJ-HUD-AR01039 | Accessed 12/22/2025 |
| How-Congress-Can-Reform-Governments-Misguided-Homelessness-Policies-20221011.pdf | DOJ-HUD-AR01040 | DOJ-HUD-AR01069 | 10/11/2022 |
| Sex Offenders: An Overlooked but Significant Subpopulation of the Homeless \| Cicero Institute | DOJ-HUD-AR01070 | DOJ-HUD-AR01099 | 5/5/2025 |
| Homeless Data and Plan News Release FINAL 3-21-22.pdf | DOJ-HUD-AR01100 | DOJ-HUD-AR01102 | 3/21/2022 |
| Austin's homeless population dispersing after 2 years of camping ban enforcement \| Community Impact | DOJ-HUD-AR01103 | DOJ-HUD-AR01108 | 5/25/2023 |
| 20240304161555229_23-175 Amicus BOM Cicero PDFA.pdf | DOJ-HUD-AR01109 | DOJ-HUD-AR01131 | 3/4/2024 |
| Withdrawal Notice (CPD-2016-11) 11212025 | DOJ-HUD-AR01132 | DOJ-HUD-AR01132 | 11/21/2025 |
| FR-6901-N-25 | DOJ-HUD-AR01133 | DOJ-HUD-AR01269 | 12/19/2025 |
| System-Performance-Measures-Data.xlsx | Native | | Varied |