**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF WASHINGTON, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al*., <br><br> Defendants. <br><br> AND <br><br> NATIONAL ALLIANCE TO END HOMELESSNESS, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al*., <br><br> Defendants. | Case Nos. 25-cv-626-MSM-AEM <br> 25-cv-636-MSM-AEM <br><br> District Judge Mary S. McElroy <br> Magistrate Judge Amy E. Moses |

**NOTICE OF COMPLIANCE WITH PARAGRAPH 9 OF
THE PRELIMINARY INJUNCTION ORDER**

Consistent with the requirements of the Court's December 23, 2025 Preliminary Injunction Order, *State of Washington, et al. v. HUD*, 25-cv-626, ECF No. 68; *National Alliance to End Homelessness, et al. v. HUD*, 25-cv-636, ECF No. 52 ("PI Order), Defendants here confirm that today, January 8, 2026, they communicated with funding recipients in the Continuum of Care program and "inform[ed] recipients of any steps they must take in order for eligible renewals to be processed, up to but not including the obligation of funding." PI Order ¶ 9; *see also* Text Order Granting an Extension of Time (Jan. 6, 2026) (extending compliance deadline to January 8, 2026). A copy of that communication is attached as an exhibit to this notice. *See* Exhibit A.

1

DATE: January 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

JOHN BAILEY
Counsel to the Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

PARDIS GHEIBI
Trial Attorney

PETER R. GOLDSTONE
Trial Attorney

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 353-7578
Fax: (202) 616-8640
Email: william.s.jankowski@usdoj.gov

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I certify that on January 8, 2026, the above document was filed with the CM/ECF filing system.

/s/ *William S. Jankowski*