# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants.<br><br>AND<br><br>NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | Case Nos. 25-cv-626-MSM-AEM<br>25-cv-636-MSM-AEM<br><br>District Judge Mary S. McElroy<br>Magistrate Judge Amy E. Moses |

## NOTICE OF REVISED IMPLEMENTATION PLAN IN COMPLIANCE WITH PARAGRAPH 8 OF THE PRELIMINARY INJUNCTION ORDER

As the parties previously indicated to the Court, they have conferred regarding both the Implementation Plan previously filed in these related cases and the notice to Continuum of Care project stakeholders distributed to funding recipients on January 8, 2026. *See* Joint Mot. for Extension, *State of Washington, et al. v. HUD*, 25-cv-626 [hereinafter "*State Litigation*"], ECF No. 77; Joint Mot. for Extension, *National Alliance to End Homelessness, et al. v. HUD*, 25-cv-636 [hereinafter "*NAEH Litigation*"], ECF No. 60. Pursuant to those ongoing conversations, Defendants made material changes to that plan, as reflected in the January 8 notice to recipients. *See State Litigation*, ECF No. 78-1; *NAEH Litigation*, ECF No. 61-1. Defendants here provide a

revised Implementation Plan intended to reflect those material changes and to supersede the Plan previously filed on December 30, 2025. *See* Exhibit A; *State Litigation*, ECF No. 74; *NAEH Litigation*, ECF No. 58. Defendants have previously shared a draft of this revised Implementation Plan with Plaintiffs, who have indicated that they consent to the filing of the revised Plan but reserve all rights to challenge the specific conditions and timelines outlined in the Plan.

DATE: January 12, 2026　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　　　YAAKOV M. ROTH
　　　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　　　JOHN BAILEY
　　　　　　　　　　　　　　　　　　　　　　Counsel to the Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　　　JOSEPH E. BORSON
　　　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　　　　PARDIS GHEIBI
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney

　　　　　　　　　　　　　　　　　　　　　　PETER R. GOLDSTONE
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney

　　　　　　　　　　　　　　　　　　　　　　*/s/ William S. Jankowski*
　　　　　　　　　　　　　　　　　　　　　　WILLIAM S. JANKOWSKI
　　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 90021524
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney, U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　　　1100 L Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　　Tel.: (202) 353-7578
　　　　　　　　　　　　　　　　　　　　　　Email: william.s.jankowski@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

  I certify that on January 12, 2026, the above document was filed with the CM/ECF filing system.

                     /s/ *William S. Jankowski*