IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br>  v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants.<br><br>AND<br><br>NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*,<br><br>Plaintiffs,<br>  v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | Case Nos. 25-cv-626<br>25-cv-636<br><br>District Judge Mary S. McElroy<br>Magistrate Judge Amy E. Moses |

**DECLARATION OF CAITLYN J. MCKENNEY IN SUPPORT OF HUD'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Caitlyn J. McKenney, hereby declare as follows:

1.  I am employed by the U.S. Department of Housing and Urban Development ("HUD") as the Deputy Assistant Secretary ("DAS") for Special Needs within the Office of Community Planning and Development ("CPD"). I have served in this capacity since December 28, 2025. Immediately before becoming the DAS, I served as a Policy Advisor for CPD. I have been employed continuously at HUD since April 21, 2025.

2. My statements herein are based on my personal knowledge and/or my evaluation of information provided to me in my official capacity; on reasonable inquiry; information obtained from various records, systems, databases; or program employees and information portals maintained and relied upon by HUD in the regular course of business.

3. Attached to this Declaration as Exhibit A is an Excel Spreadsheet entitled "Grant Expiration Data for CoC FY 2024 Grants Eligible for Renewal." Page 1 of Exhibit A is a chart that shows the total amount and number of CoC FY 2024 grants that are eligible for renewal in the FY 2025 CoC competition, on a month-by-month basis which are set to expire each month during CY 2026. Page 2 is a chart which breaks down those same CoC FY 2024 grants by their specific project type, number of grants, and amount, also month-by-month in CY 2026. I have reviewed Exhibit A in its entirety and hereby authenticate and confirm to the best of my knowledge and belief, that the information contained therein is a true and correct representation of the information CPD has for all CoC FY 2024 grants eligible for renewal with FY 2025 funding.

4. It is important to note that it is not out of the ordinary for renewal grants to expire prior to the announcement of the following year's awards. Historically, projects that have grants with January, February, or March expiration dates have continued to operate prior to the announcement of their next award. For example, FY 2022 awards were announced March 28, 2023, and FY 2021 awards were announced March 14, 2022. Of the 6,359 CoC grants that expire in Calendar Year 2026, 4,015 of them (63.1%) do not expire until the second half of the Calendar Year. Similarly, only 10% of grant dollars expire by the end of March and less than 38% expire by end of June.

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of January 2026 in Washington, DC.

_____
Caitlyn J. McKenney

A

|  | TOTAL | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Expiration Month | Number | Cumulative Number | % grants | Cumulative % grants | Amount | Cumulative Amount | % grant money | Cumulative % grant money |
| January | 205 | 205 | 3.22% | 3.22% | $ 106,152,003 | $ 106,152,003 | 2.97% | 2.97% |
| February | 138 | 343 | 5.39% | 5.39% | $ 83,600,079 | $ 189,752,082 | 2.34% | 5.31% |
| March | 283 | 626 | 9.84% | 9.84% | $ 172,585,791 | $ 362,337,873 | 4.83% | 10.14% |
| April | 297 | 923 | 14.51% | 14.51% | $ 178,192,023 | $ 540,529,896 | 4.99% | 15.13% |
| May | 330 | 1253 | 19.70% | 19.70% | $ 198,483,017 | $ 739,012,913 | 5.56% | 20.69% |
| June | 1091 | 2344 | 36.86% | 36.86% | $ 616,679,040 | $ 1,355,691,953 | 17.26% | 37.95% |
| July | 467 | 2811 | 44.21% | 44.21% | $ 349,886,210 | $ 1,705,578,163 | 9.79% | 47.74% |
| August | 610 | 3421 | 53.80% | 53.80% | $ 332,650,385 | $ 2,038,228,548 | 9.31% | 57.06% |
| September | 1072 | 4493 | 70.66% | 70.66% | $ 517,408,004 | $ 2,555,636,552 | 14.48% | 71.54% |
| October | 526 | 5019 | 78.93% | 78.93% | $ 297,634,705 | $ 2,853,271,257 | 8.33% | 79.87% |
| November | 627 | 5646 | 88.79% | 88.79% | $ 318,228,917 | $ 3,171,500,174 | 8.91% | 88.78% |
| December | 713 | 6359 | 100.00% | 100.00% | $ 400,781,787 | $ 3,572,281,961 | 11.22% | 100.00% |
| **Grand Total** | **6359** | | | | **$ 3,572,281,961** | | | |

| Expiration Month | HMIS Number | HMIS Amount | Joint TH & PH-RRH Number | Joint TH & PH-RRH Amount | Permanent Supportive Housing Number | Permanent Supportive Housing Amount | Rapid ReHousing Number | Rapid ReHousing Amount | Safe Haven Number | Safe Haven Amount | Supportive Services Only Number | Supportive Services Only Amount | Transitional Housing Number | Transitional Housing Amount | TOTAL Number | TOTAL Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 9 | $ 1,412,864 | 4 | $ 3,797,335 | 137 | $ 71,138,553 | 24 | $ 20,062,136 | 2 | $ 733,866 | 15 | $ 5,428,508 | 14 | $ 3,578,741 | 205 | $ 106,152,003 |
| February | 5 | $ 521,413 | 4 | $ 907,349 | 100 | $ 71,094,540 | 10 | $ 6,216,654 | | | 6 | $ 1,949,715 | 13 | $ 2,910,408 | 138 | $ 83,600,079 |
| March | 18 | $ 3,716,195 | 12 | $ 9,212,357 | 185 | $ 133,846,267 | 27 | $ 14,837,722 | 3 | $ 806,244 | 19 | $ 4,832,371 | 19 | $ 5,334,635 | 283 | $ 172,585,791 |
| April | 24 | $ 6,093,366 | 7 | $ 2,366,467 | 195 | $ 143,373,559 | 31 | $ 16,936,124 | 4 | $ 945,971 | 25 | $ 6,300,131 | 11 | $ 2,176,405 | 297 | $ 178,192,023 |
| May | 26 | $ 6,495,491 | 10 | $ 4,678,429 | 196 | $ 147,731,628 | 58 | $ 30,832,035 | 3 | $ 1,451,002 | 25 | $ 5,365,182 | 12 | $ 1,929,250 | 330 | $ 198,483,017 |
| June | 82 | $ 20,826,211 | 52 | $ 25,859,915 | 622 | $ 407,283,791 | 187 | $ 120,629,102 | 6 | $ 1,980,874 | 101 | $ 31,440,438 | 41 | $ 8,658,709 | 1091 | $ 616,679,040 |
| July | 18 | $ 3,516,012 | 21 | $ 11,339,793 | 286 | $ 271,877,418 | 80 | $ 46,296,932 | | | 45 | $ 13,532,051 | 17 | $ 3,324,005 | 467 | $ 349,886,210 |
| August | 35 | $ 4,718,389 | 44 | $ 21,749,479 | 318 | $ 228,709,361 | 130 | $ 57,641,803 | 3 | $ 727,343 | 68 | $ 16,483,160 | 12 | $ 2,620,850 | 610 | $ 332,650,385 |
| September | 67 | $ 9,832,216 | 98 | $ 50,457,446 | 458 | $ 270,202,187 | 235 | $ 134,362,082 | 2 | $ 1,275,704 | 182 | $ 44,674,087 | 30 | $ 6,604,283 | 1072 | $ 517,408,004 |
| October | 35 | $ 7,405,637 | 37 | $ 23,227,431 | 254 | $ 183,452,970 | 115 | $ 59,940,232 | 1 | $ 454,634 | 74 | $ 19,797,717 | 10 | $ 3,356,084 | 526 | $ 297,634,705 |
| November | 27 | $ 7,540,926 | 73 | $ 42,667,593 | 264 | $ 150,231,629 | 161 | $ 95,251,215 | 2 | $ 559,728 | 87 | $ 20,291,599 | 13 | $ 1,686,227 | 627 | $ 318,228,917 |
| December | 41 | $ 5,771,589 | 67 | $ 45,942,840 | 291 | $ 177,896,593 | 202 | $ 136,805,489 | 2 | $ 605,152 | 91 | $ 30,221,496 | 19 | $ 3,538,628 | 713 | $ 400,781,787 |
| **Grand Total** | **387** | **$ 77,850,309** | **429** | **$ 242,206,434** | **3306** | **$ 2,256,838,496** | **1260** | **$ 739,811,526** | **28** | **$ 9,540,518** | **738** | **$ 200,316,453** | **211** | **$ 45,718,225** | **6359** | **$ 3,572,281,961** |

Notes:

This spreadseet includes all grants that are eligible for renewal in the FY 2025 CoC Program Competition, including Youth Homelessness Demonstration Program grants.

This includes the following types of grants that have an expiration date in Calendar Year 2026:
-CoC program grants provided through the annual CoC Competition;
-CoC program grants provided through the Special NOFO to Address Unsheltered and Rural Homelessness;
-CoC Program grants provided through the Domestic Violence Bonus.
-Youth Homelessness Demonstration Program grants.

It does not include:
-CoC Planning or UFA costs grants;
-Youth Homelessness System Improvement grants;
-Any type of grant that has an expiration date in Calendar year 2027 or later.

The amounts that are eligible for renewal do not include changes that will be made for Cost of Living Adjustments or changes to Fair Market Rent.

The expiration date is an estimate for some of the grants shown as expiring in December 2026 because their grant agreements have not been executed yet but will be executed soon.

Some of the expiration dates may change as grants can be extended under certain circumstances, although the extended grant cannot receive additional funding.