AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| State of Washington, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00626-MSM-AEM |
| U.S. Department of Housing and Urban Development, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Washington.

Date: 02/17/2026

/s/ Aliana Knoepfler
*Attorney's signature*

ALIANA KNOEPFLER, WSBA #64738
*Printed name and bar number*

800 Fifth Avenue, Suite 2000
P.O. Box TB-14
Seattle, WA 98104
*Address*

Aliana.Knoepfler@atg.wa.gov
*E-mail address*

(206) 464-7744
*Telephone number*

*FAX number*