C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. <br><br> AND <br><br> NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | Case Nos. 25-cv-626 <br> 25-cv-636 <br><br> District Judge Mary S. McElroy <br> Magistrate Judge Amy E. Moses |

**DECLARATION OF CAITLYN J. MCKENNEY IN SUPPORT OF DEFENDANTS' COMBINED MOTION TO DISSOLVE THE DECEMBER 19, 2025 PRELIMINARY INJUNCTIONS**

I, Caitlyn J. McKenney, hereby declare as follows:

1. I am employed by the U.S. Department of Housing and Urban Development ("HUD") as the Deputy Assistant Secretary ("DAS") for Special Needs within the Office of Community Planning and Development ("CPD"). In this role, I oversee all programs in the Office of HIV/AIDS Housing and the Office of Special Needs, including HUD's Continuum of Care ("CoC") program. I have served in this capacity since December 28, 2025. Immediately before becoming the DAS and since I joined HUD on April 21, 2025, I served as a Policy Advisor for

CPD, where a major part of my role was helping steer the CoC program. I have been employed continuously at HUD since April 21, 2025.

2. My statements herein are based on my personal knowledge and/or my evaluation of information provided to me in my official capacity; on reasonable inquiry; information obtained from various records, systems, databases; or program employees and information portals maintained and relied upon by HUD in the regular course of business.

3. Congress's February 3, 2026 enactment of the Consolidated Appropriations Act, 2026, fundamentally changes how FY2025 funding under HUD's Continuum of Care ("CoC") program will be distributed. *See* Transportation, Housing and Urban Development, and Related Agencies Appropriations Act, 2026, Pub. L. No. 119-75, div. D., tit. II, 140 Stat. 173, H.R. 7148 at 209–51 ("2026 THUD Appropriations Act"); *see also id.* § 244, H.R. 7148 at 250–51. The THUD Act mandates that HUD "non-competitively renew for one 12-month period all" CoC projects "expiring during the first quarter of calendar year 2026," *id.* § 244, H.R. 7148 at 250, and further provides that, should HUD fail to make awards under a 2025 NOFO prior to April 1, 2026, projects expiring in the second quarter will be noncompetitively renewed, *see id.* § 244, H.R. 7148 at 250–51. If HUD fails to make awards prior to July 1, 2026, projects expiring in the third and fourth quarters will also be noncompetitively renewed. *See id.*

4. Pursuant to the THUD Act, HUD is proceeding to noncompetitively renew projects expiring in the first quarter of 2026. HUD is also proceeding to noncompetitively renew CoC projects expiring in the second quarter of 2026. HUD is also aware that Congress imposed a deadline of July 1, 2026 by which HUD must make awards under "a fiscal year 2025 notice of funding opportunity" in order to avoid mandatory noncompetitive renewals for projects expiring in the third and fourth quarters of 2026. *See id.* § 244, H.R. 7148 at 250.

5.  Given this Court's December 19, 2025 preliminary injunctions, HUD will not be able to process applications and renewals under its enjoined December 2025 NOFO in time to meet the THUD Act's April 1, 2026 deadline for second-quarter awards. Moreover, in order to have a chance of meeting the July 1, 2026 deadline for third and fourth quarter project awards under "a fiscal year 2025 notice of funding opportunity," HUD must be able to open the December 2025 NOFO for applicants at the very latest by April 1, 2026.

6.  HUD must leave at least 30 days for an application period, absent an emergency waiver under 42 U.S.C. § 3545(a)(3). There is also good reason to leave applications open for this long, since Collaborative Applicants need time to prepare their application and new projects may struggle to complete their project applications and any underlying planning with a shorter application window.

7.  After applications close, HUD estimates that it will process applications for about several thousand new projects from nearly 400 CoCs. This involves conducting a merit review for each CoC and conducting threshold eligibility reviews, merit reviews, and risk reviews for each project as set out in the December 2025 NOFO.[1] HUD must also conduct threshold eligibility reviews and risk reviews for all renewal projects to determine whether there are any significant financial, performance, or compliance issues. HUD anticipates that this will take at least 50 days. This is shorter than what HUD indicated in the December 2025 NOFO, because renewals for projects expiring in Q1 and Q2 (about 37% of all projects) will have already been processed and awarded. Further, a threshold eligibility and risk review of renewal projects will have been completed under the Court's Order for the remaining projects expiring in Q3 and Q4 and HUD

---

[1] Threshold eligibility reviews, merit reviews, and risk reviews for projects are neither unusual nor new to the December 2025 NOFO. Rather, these reviews are standard practice in NOFOs, including the FY2024-25 CoC NOFO at issue in this matter.

expects overlap between these recipients and those that will submit applications under the December 2025 NOFO. After scoring and reviews are complete, HUD must also prepare awards, including making necessary Fair Market Rent adjustments, conditioning any awards, and must notify Congress at least three days prior to announcing any awards. All in all, HUD anticipates that it will need the full amount of time from April 1, 2026, to finish all of this work and make awards by July 1, 2026.

8. I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of February 2026 in Washington, DC.

CAITLYN MCKENNEY
Digitally signed by CAITLYN MCKENNEY
Date: 2026.02.17 19:07:03 -05'00'

_____
Caitlyn J. McKenney