# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

STATE OF WASHINGTON, et al.,

                          Plaintiffs,

          v.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT,
et al.,

                          Defendants.

C.A. No. 1:25-cv-00626-MSM-AEM

DECLARATION OF
ZANE MULLER

## <u>DECLARATION OF ZANE MULLER</u>

I, Zane Muller, declare as follows:

1.      I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a October 28, 2025 Letter to Secretary Turner from Republican Members of Congress, available at https://endhomelessness.org/wp-content/uploads/2025/10/GOP-Letter-to-HUD-on-the-CoC-Grant-Final-w-Signatures-10.28.25.pdf. My knowledge of this letter is based on widespread public reporting, which includes statements from the lead signatory confirming its authenticity. *See, e.g.*, Katherine Hapgood, *House Republicans urge caution as HUD proceeds with homeless housing program cuts,* Politico.com (Oct. 27, 2025), https://www.politico.com/live-updates/2025/10/27/congress/house-republicans-urge-caution-as-hud-proceeds-with-homeless-housing-program-cuts-00624185. No member of Congress whose signature appears on the letter has disputed its authenticity to my knowledge.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the November 24, 2025 Letter to Secretary Turner from Democratic Members of Congress, available at: https://democrats-financialservices.house.gov/uploadedfiles/11.24.25_coc_ltr.pdf. My knowledge of this letter is based on widespread public reporting, including a press release from the Democratic members of the U.S. House of Representatives Committee on Financial Services. *See, e.g.*, *Ranking Member Maxine Waters Leads 53 House Democrats in Urging HUD to Reverse Reckless Policy Change that Would Exacerbate Our Nation's Homelessness Crisis*, U.S. House Committee on Financial Services: Press Releases (Nov. 25, 2025), https://democrats-financialservices.house.gov/news/documentsingle.aspx?DocumentID=413923#:~:text=Today%2

[C%20Congresswoman%20Maxine%20Waters%20%28D-](#)

[CA%29%2C%20the%20top%20Democrat,slash%20essential%20Continuum%20of%20Care%2](#)

[0%28CoC%29%20program%20funding](#). No member of Congress whose signature appears on the

letter has disputed its authenticity to my knowledge.

     I declare under penalty of perjury under the laws of the State of Washington and the United

States of America that the foregoing is true and correct.

     Executed this 23rd day of February 2026.

               */s/ Zane Muller*
               ZANE MULLER,WSBA #63777
               Assistant Attorney General
               Washington State Attorney General's Office