IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | Case No. 25-cv-626-MSM-AEM<br><br>District Judge Mary S. McElroy<br>Magistrate Judge Amy E. Moses |

## NOTICE OF APPEAL

All Defendants in this action—U.S. Department of Housing and Urban Development and Eric Scott Turner, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development—respectfully provide notice that they hereby appeal to the United States Court of Appeals for the First Circuit the Court's February 27, 2026 Text Order denying Defendants' February 17, 2026 Motion to Dissolve, ECF No. 89, the December 19, 2025 preliminary injunction order entered against Defendants.

DATE: March 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

JOHN BAILEY
Counsel to the Assistant Attorney General
Civil Division

1

        JOSEPH E. BORSON
        Assistant Branch Director

        */s/ William S. Jankowski*
        WILLIAM S. JANKOWSKI
        D.C. Bar No. 90021524
        PARDIS GHEIBI
        PETER R. GOLDSTONE
        Trial Attorneys, U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, N.W.
        Washington, D.C. 20530
        Tel.: (202) 353-7578
        Fax: (202) 616-8640
        Email: william.s.jankowski@usdoj.gov

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I certify that on March 2, 2026, the above document was filed with the CM/ECF filing system.

                                                                          /s/ *William S. Jankowski*