

# UNITED STATES DISTRICT COURT
## *District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

| Case Information |
|---|

Case Caption: **State of Washington et al**    vs.    US Department of Housing and Urban Development et al

District Court Number: 1:25-cv-00626-MSM-AEM    Presiding Judge: **Judge McElroy**

Notice of Appeal filed by: **Defendant**    Notice of Appeal document number: **92**

Appeal from: **02/27/2026 TEXT ORDER**

Other information:

Fee status: **Waived**    Pro se case:    Yes ☐    No ☑

Emergency or requires expedition: **No**    *If yes, reason:*

| Record Information |
|---|

Motions Pending    Yes ☑    No ☐

*If yes, document #*  ECF 93 Emergency MOTION to Stay

Other record information:

Related case(s) on appeal:

| Certification |
|---|

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

**HANORAH TYER-WITEK**
Clerk of Court
/s/Cherelle Hill
_____
Deputy Clerk

Date:  **03/02/2026**