# United States Court of Appeals
## For the First Circuit

_____

No. 26-1217

STATE OF WASHINGTON; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR, ex rel. ANDY BESHEAR, in the official capacity as Governor of the Commonwealth of Kentucky; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; GOVERNOR JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of Pennsylvania; STATE OF VERMONT; STATE OF WISCONSIN,

Plaintiffs, Appellees,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of the United States Department of Housing and Urban Development,

Defendants, Appellants.

_____

No. 26-1218

NATIONAL ALLIANCE TO END HOMELESSNESS; NATIONAL LOW INCOME HOUSING COALITION; CROSSROADS RHODE ISLAND; YOUTH PRIDE, INC.; CITY OF BOSTON; CITY OF CAMBRIDGE; MARTIN LUTHER KING, JR. COUNTY; METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY; COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO; CITY OF TUCSON,

Plaintiffs, Appellees,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of the United States Department of Housing and Urban Development,

Defendants, Appellants.

_____

Before

Gelpí, Montecalvo, and Rikelman,
Circuit Judges.

_____

**ORDER OF COURT**
Entered: April 1, 2026

Consistent with the opinion issued this day, appellants' motion for stay pending appeal is is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Mary S. McElroy, Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island, Andrew R.W. Hughes, Cristina Sepe, Zane Muller, Aliana Claire Knoepfler, Andrea Alegrett, Barbara D. Underwood, Rabia Muqaddam, Colleen K. Faherty, Judith N. Vale, Stephen Thompson, Kathryn M. Sabatini, Jordan G. Mickman, Leonard Giarrano IV, Hayleigh S. Crawford, William Y. Durbin, Michael Louis Newman, Brian Jeffrey Bilford, Joel Marrero, Jarrell Mitchell, Lauren Greenawalt, David Moskowitz, Nora Q.E. Passamaneck, Andrew M. Ammirati, Vanessa L. Kassab, Ian R. Liston, Rosanna E. Gibson, Caroline S. Van Zile, Dia Rasinariu, Alex Hemmer, Aleeza M. Strubel, Elena S. Meth, Laura Crittenden Tipton, Steven Travis Mayo, Taylor Payne, Katherine Thompson, James C. Luh, Katherine B. Dirks, Nita Kumaraswami Klunder, Michelle R. Pascucci, Aaron Dulles, Esme Caramello, Lauren Yamaguchi, Neil Giovanatti, Brian S. Carter, Shankar Duraiswamy, Daniel P. Resler, Scott P. Kennedy, Michael J. Fischer, Jacob Boyer, Stephen R. Kovatis, Samuel B. Stratton, Jonathan T. Rose, Faye B. Hipsman, Anjana Samant, Lauren S. Zurier, Daniel Tenny, Kevin M. Bolan, Sarah Clark Griffin, John Bailey, Pardis Gheibi, Peter Roni Goldstone, William S. Jankowski, Madeline H. Gitomer, Amy Retsinas Romero, Kevin Love Hubbard, Simon Christopher Brewer, Kristin Bateman, Robin F. Thurston, Aleshadye Getachew, Aman T. George, Antonia Fasanelli, Carrie Y. Flaxman, Christine L. Coogle, Kathryn M. Scott, Yenisey Rodriguez, Toby Merrill, Cassandra Crawford, Graham Provost, Kayla Max Svihovec, Christopher Michael Sanders, Cristy Craig, David Hackett, Mika Rothman, Wallace W. Dietz, Abigail Greer, John Whitaker, Tony Lopresti, Kavita Narayan, Leily Arzy, Meredith Johnson, Stefanie Wilson, David S. Chiu, Mollie Mindes Lee, Yvonne Mere, Sara J. Eisenberg, Michael Levin-Gesundheit, Ronald Lee, Brett Allen Shumate, Yaakov Roth, Joseph E. Borson