# United States Court of Appeals
## For the First Circuit

No. 26-1217

STATE OF WASHINGTON; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR ex rel. ANDY BESHEAR, in the official capacity as Governor of the Commonwealth of Kentucky; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF OREGON; JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of Pennsylvania; STATE OF VERMONT; STATE OF WISCONSIN; STATE OF NEW MEXICO,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; ERIC SCOTT TURNER, in the official capacity as Secretary of the United States Department of Housing and Urban Development,

Defendants - Appellants.

**MANDATE**

Entered: April 22, 2026

In accordance with the judgment of April 22, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Andrea Alegrett, Andrew M. Ammirati, Brian Jeffrey Bilford, Kevin M. Bolan, Brian S. Carter, Hayleigh S. Crawford, Katherine B. Dirks, Aaron Dulles, Shankar Duraiswamy, Michael J. Fischer, Leonard Giarrano IV, Neil Giovanatti, Lauren Greenawalt, Sarah Clark Griffin, Alex Hemmer, Faye B. Hipsman, Andrew R.W. Hughes, Vanessa L. Kassab, Scott P. Kennedy, Nita

Kumaraswami Klunder, Aliana Claire Knoepfler, Robert A. Koch, Ian R. Liston, James C. Luh, Steven Travis Mayo, Jordan G. Mickman, Jarrell Mitchell, David Moskowitz, Zane Muller, Rabia Muqaddam, Michael Louis Newman, Victoria Ochoa, Michelle R. Pascucci, Daniel P. Resler, Jonathan T. Rose, Kathryn M. Sabatini, Anjana Samant, Cristina Sepe, Samuel B. Stratton, Daniel Tenny, Katherine Thompson, Laura Crittenden Tipton, Judith N. Vale, Caroline S. Van Zile, Lauren S. Zurier