**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants.<br><br>AND<br><br>NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | Case Nos. 25-cv-626-MSM-AEM<br>          25-cv-636-MSM-AEM<br><br>District Judge Mary S. McElroy<br>Magistrate Judge Amy E. Moses |

**JOINT STIPULATION**

As part of the non-competitive renewals of expiring Continuum of Care (CoC) projects (including youth homelessness demonstration projects and shelter plus care projects) ("FY25 CoC/YHDP Renewals") required under the Transportation, Housing and Urban Development, and Related Agencies Appropriations Act, Pub. L. No. 119-75, § 244, 140 Stat. 173, 422 (2026) ("2026 THUD Appropriations Act"), the Department of Housing and Urban Development had attached to grant agreements an Addendum ("Addendum 1") including certain grant conditions that Plaintiffs contend are unlawful. But HUD also included a transmittal letter that it intended to state that those conditions were enjoined pending further litigation (the "Transmittal Letter"). The parties debate

1

the efficacy of the Transmittal Letter. To avoid litigation over the issue, the parties agree as follows:

1. Defendants agree to withdraw Addendum 1 in its entirety from all FY25 CoC/YHDP Renewals that HUD has currently renewed, are out for renewal, or will renew. Specifically, Defendants will issue rescission letters to all Q1 FY25 CoC/YHDP Renewal recipients. Defendants will begin issuing those letters within three business days after the filing of this stipulation. For Q2–Q4 awards, Defendants will not include Addendum 1 in the grant agreements that HUD sends out.

2. Defendants agree that the conditions in Addendum 1 have no force and effect and that no FY25 CoC/YHDP Renewal grantee is bound by them. Defendants agree that they will never enforce or in any way apply the Addendum 1 Conditions to any FY25 CoC/YHDP Renewal made pursuant to the 2026 THUD Appropriations Act.

3. The NAEH and State plaintiffs agree not to challenge the conditions in the to-be-withdrawn "Addendum 1," containing certain grant conditions, that HUD initially attached to FY25 CoC/YHDP Renewal award agreements. Plaintiffs reserve the right to challenge those conditions if HUD attempts to reimpose them in the future.

Date: May 12, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

2

/s/ William S. Jankowski
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
PARDIS GHEIBI
PETER R. GOLDSTONE
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 353-7578
Fax: (202) 616-8640
Email: william.s.jankowski@usdoj.gov

*Attorneys for Defendants*

AMY R. ROMERO
 (RI Bar No. 8262)
KEVIN LOVE HUBBARD +
 (MA Bar No. 704772)
DELUCA, WEIZENBAUM,
 BARRY & REVENS, LTD.
199 North Main Street
Providence, RI 02903
(401) 453-1500
amy@dwbrlaw.com
kevin@dwbrlaw.com
Cooperating counsel,
 Lawyers' Committee for RI

*Counsel for All Plaintiffs in 25-cv-636*

TONY LOPRESTI +
 (CA Bar No. 289269)
COUNTY COUNSEL
KAVITA NARAYAN +
 (CA Bar No. 264191)
CHIEF ASSISTANT COUNTY COUNSEL
MEREDITH A. JOHNSON +
 (CA Bar No. 291018)
LEAD DEPUTY COUNTY COUNSEL
STEFANIE WILSON +
 (CA Bar No. 314899)

/s/ Kristin Bateman
KRISTIN BATEMAN +
 (DC Bar No. 90037068)
MADELINE H. GITOMER +
 (DC Bar No. 1023447)
ALESHADYE GETACHEW +
 (DC Bar No. 1007161)
AMAN T. GEORGE +
 (DC Bar No. 1028446)
SIMON C. BREWER +
 (DC Bar No. 90042403)
CHRISTINE L. COOGLE +
 (DC Bar No. 1738913)
YENISEY RODRÍGUEZ +
 (DC Bar No. 1600574)
CARRIE Y. FLAXMAN +
 (DC Bar No. 458681)
ROBIN THURSTON +
 (DC Bar No. 1531399)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
kbateman@democracyforward.org
mgitomer@democracyforward.org
agetachew@democracyforward.org

3

DEPUTY COUNTY COUNSEL
LEILY ARZY +
   (CA Bar No. 364187)
LITIGATION FELLOW
70 West Hedding Street, East Wing
Ninth Floor
San José, CA 95110-1770
(408) 299-5900
meredith.johnson@cco.sccgov.org
stefanie.wilson@cco.sccgov.org
leily.arzy@cco.sccgov.org

*Counsel for Plaintiff County of Santa Clara*

DAVID CHIU +
 (CA Bar No. 189542)
CITY ATTORNEY
YVONNE R. MERÉ +
 (CA Bar No. 173594)
CHIEF DEPUTY CITY ATTORNEY
MOLLIE M. LEE +
 (CA Bar No. 251404)
CHIEF OF STRATEGIC ADVOCACY
SARA J. EISENBERG +
 (CA Bar No. 269303)
CHIEF OF COMPLEX AND AFFIRMATIVE
 LITIGATION
RONALD H. LEE +
 (CA Bar No. 238720)
ASST. CHIEF OF COMPLEX AND
 AFFIRMATIVE LITIGATION
MICHAEL LEVIN GESUNDHEIT +
 (CA Bar No. 292930)
DEPUTY CITY ATTORNEY
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
(415) 554-4240
michael.levin@sfcityatty.org

ageorge@democracyforward.org
sbrewer@democracyforward.org
ccoogle@democracyforward.org
yenisey.rodriguez@democracyforward.org
cflaxman@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

LYNETTE LABINGER
 (RI Bar No. 1645)
128 Dorrance Street, Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel,
 ACLU Foundation of RI

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

ANTONIA K. FASANELLI +
 (DC Bar No. 481856)
KATHRYN M. SCOTT +
 (WA Bar No. 38978)*
NATIONAL HOMELESSNESS LAW CENTER
1400 16th Street, NW, Suite 425
Washington, DC 20036
(202) 638-2535
afasanelli@homelesslaw.org
kmeyerscott@homelesslaw.org

*Counsel for Plaintiffs National Alliance to End Homelessness and National Low Income Housing Coalition*

*Counsel for Plaintiff City and County of San Francisco*

WALLACE W. DIETZ +
 (TN BPR No. 009949)
DIRECTOR OF LAW
JOHN K. WHITAKER +
 (TN BPR No. 039207)
SENIOR COUNSEL
ABBY GREER +
 (TN BPR No. 041470)
ASSISTANT METROPOLITAN ATTORNEY
109 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219
(615) 862-6341
wally.dietz@nashville.gov
john.whitaker@nashville.gov
abby.greer@nashville.gov

*Counsel for Plaintiff Metropolitan Government of Nashville and Davidson County*

+ Admitted *pro hac vice*
* Not admitted in the District of Columbia; practicing under the supervision of members of the D.C. Bar

TOBY MERRILL +
 (MA Bar No. 601071)
CASSANDRA CRAWFORD +
 (NC Bar No. 45396)
GRAHAM PROVOST +
 (DC Bar No. 1780222)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
toby@publicrightsproject.org
cassandra@publicrightsproject.org
graham@publicrightsproject.org

*Counsel for Plaintiffs City of Boston, City of Cambridge, Martin Luther King, Jr. County, Metropolitan Government of Nashville and Davidson County, City of Tucson*

DAVID J. HACKETT +
 (WA Bar No. 21236)
GENERAL COUNSEL, KING COUNTY DEPARTMENT OF LOCAL SERVICES
CHRISTOPHER M. SANDERS +
 (WA Bar No. 47518)
GENERAL COUNSEL TO THE KING COUNTY EXECUTIVE
CRISTY J. CRAIG +
 (WA Bar No. 27451)
SENIOR DEPUTY PROSECUTING ATTORNEY
OFFICE OF THE KING COUNTY PROSECUTING ATTORNEY
401 5th Avenue, Suite 600
Seattle, WA 98104
(206) 477-1163
david.hackett@kingcounty.gov
chrsanders@kingcounty.gov
cristy.craig@kingcounty.gov

*Counsel for Plaintiff Martin Luther King, Jr. County*

5

**NICHOLAS W. BROWN**
Attorney General of Washington

*/s/ Andrew Hughes*
ANDREW R.W. HUGHES*
ZANE MULLER*
ALIANA KNOEPFLER*
ANDREA ALEGRETT*
Assistant Attorneys General
CRISTINA SEPE*
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
P.O. Box TB-14
Seattle, WA 98104-3188
206-464-7744
Andrew.Hughes@atg.wa.gov
Zane.Muller@atg.wa.gov
Aliana.Knoepfler@atg.wa.gov
Andrea.Alegrett@atg.wa.gov
Cristina.Sepe@atg.wa.gov

*Attorneys for Plaintiff State of Washington on behalf of Plaintiff States*


**PETER F. NERONHA**
Attorney General of Rhode Island

KATHRYN M. SABATINI (RI Bar No. 8486)
Chief, Civil Division
Special Assistant Attorney General
JORDAN G. MICKMAN (RI Bar No. 9761)
Unit Chief, Civil and Community Rights
Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400, Ext. 2079
Ksabatini@riag.ri.gov
Jmickman@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island on behalf of Plaintiff States*


**LETITIA JAMES**
Attorney General of New York

RABIA MUQADDAM*
Chief Counsel for Federal Initiatives
COLLEEN K. FAHERTY*
Special Trial Counsel
STEPHEN C. THOMPSON*
Special Counsel
VICTORIA OCHOA*
Assistant Attorney General
28 Liberty Street
New York, NY 10005
212-416-6183
Rabia.Muqaddam@ag.ny.gov
Colleen.Faherty@ag.ny.gov
Stephen.Thompson@ag.ny.gov
Victoria.Ochoa@ag.ny.gov

*Counsel for Plaintiff State of New York on behalf of Plaintiff States*

6

**CERTIFICATE OF SERVICE**

I certify that on May 12, 2026, the above document was filed with the CM/ECF filing system.

*/s/ William S. Jankowski*