**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| STATE OF WASHINGTON, *et al.*, | |
| Plaintiffs, | Case Nos. 25-cv-626-MSM-AEM |
| | 25-cv-636-MSM-AEM |
| v. | |
| | District Judge Mary S. McElroy |
| DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | Magistrate Judge Amy E. Moses |
| Defendants. | |
| AND | |
| NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*, | |
| Plaintiffs, | |
| v. | |
| DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | |
| Defendants. | |

**DEFENDANTS' STATUS REPORT**

Defendants file this sixth status report pursuant to the Court's Order at its April 27, 2026 status conference. On May 4, 2026, Defendants provided the "granular" detail that the Court requested about the status of fiscal year 2025 Continuum of Care (CoC) renewals. *State of Washington v. HUD*, No. 25-cv-626 (D.R.I.) ("*State Litigation*"), ECF No. 101; *Nat'l All. to End Homelessness*, No. 25-cv-636 (D.R.I.) ("*NAEH Litigation*"), ECF No. 88. On May 11, 2026, Defendants updated this Court that the fiscal year 2025 CoC renewal grant agreements were underway. *State Litigation*, ECF No. 103; *NAEH Litigation*, ECF No. 90. On May 18, 2026, Defendants notified this Court that approximately 70 percent of the first quarter's grant agreements

1

had been issued (428 out of 608 grant agreements). *State Litigation*, ECF No. 105; *NAEH Litigation*, ECF No. 92. On May 26, 2026, Defendants informed the Court that more first quarter grants had been issued and second quarter grants had begun to be issued. *State Litigation*, ECF No. 106; *NAEH Litigation*, ECF No. 93. On June 1, 2026, Defendants updated the Court that it was continuing to issue first and second quarter grants, and it had begun issuing award letters for third and fourth quarter renewals. *State Litigation*, ECF No. 107; *NAEH Litigation*, ECF No. 94. In this status report, Defendants provide another update on the status of renewal awards for projects with awards expiring in quarters one ("Q1"), two ("Q2"), three ("Q3"), and four ("Q4") of this year.

*Quarter 1 renewals*. As of the date of this filing, HUD has issued 567 out of 608 grant agreements for awardee signature. Of that amount, 395 have been signed and returned to HUD, including 356 that are fully executed. Sixteen awards have conditions and 13 have thus far been resolved. HUD has issued 525 letters rescinding Addendum 1 to the fiscal year 2025 CoC grant agreements.

*Quarter 2 renewals*. As of the date of this filing, HUD has issued 1,160 out of 1,795 grant agreements for awardee signature. Of that amount, 510 have been signed and returned to HUD for execution. Four hundred and twenty-seven agreements have been fully executed. There are 266 Q2 renewals that require additional preparation before they can be issued, including 33 agreements with conditions that grantees have yet to be resolved.

*Quarters 3 and 4 renewals*. On June 4, HUD finished issuing the 1,910 award letters for Q3 and Q4 awards. HUD is currently completing legally required administrative financial processes as part of preparation activities for this final batch of renewals.

Date: June 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
PARDIS GHEIBI
PETER R. GOLDSTONE
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 353-7578
Fax: (202) 616-8640
Email: william.s.jankowski@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on June 8, 2026, the above document was filed with the CM/ECF filing system.

/s/ William S. Jankowski