**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

STATE OF WASHINGTON, *et al.*,

                *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT, *et al.*

                *Defendants*.

No. 1:25-cv-00626

## MOTION TO WITHDRAW APPEARANCE

The undersigned attorney, Rosanna E. Gibson, hereby respectfully seeks leave of this Court to withdraw her appearance as counsel for Plaintiff State of Delaware in the above-captioned matter. The State of Delaware will continue to be represented by counsel of record from the Delaware Department of Justice, Ian R. Liston.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to Withdraw Appearance

DATED: June 24, 2026

                */s/ Rose Gibson*
                Rosanna E. Gibson
                Delaware Department of Justice
                820 N. French Street
                Wilmington, DE 19801
                (302) 683-8800
                rose.gibson@delaware.gov

**<u>CERTIFICATE OF SERVICE</u>**

I, Rosanna E. Gibson, hereby certify that on June 24, 2026, I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF system, which will automatically send the email notification of such filing to the attorneys of record registered with the CM/ECF System.

*/s/ Rose Gibson*